IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC INC.,

    Plaintiff,

v.

DR. GEOFFREY WHITE,

    Defendant.
_____/

LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,

    Third-Party Intervenor and Plaintiff,

v.

DR. GEOFFREY WHITE
_____/

No. C 04-02201 JSW

**ORDER AWARDING ATTORNEYS' FEES**

On April 15, 2005, this Court entered an Order resolving the parties' motions for summary judgment on the issue of ownership and Dr. White's Motion to Strike Medtronic's First Amended Complaint. Although the Court denied the latter motion, it ordered that Medtronic pay Dr. White's attorneys' fees incurred in connection with preparing and filing the motion to strike.

The Court has received the Declaration of Hugh Abrams Regarding Billing Records for Motion to Strike, dated April 29, 2005, and, having reviewed the declaration, concludes that the attorneys' fees sought are reasonable.

Accordingly, it is HEREBY ORDERED that Dr. White is awarded $3,711.38 in attorneys' fees incurred in connection with his motion to strike. Medtronic shall pay these fees to Dr. White by no later than May 31, 2005, and shall provide the Court with proof of payment.

**IT IS SO ORDERED.**

Dated: May 12, 2005

   /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2