UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC.,<br><br>Plaintiffs,<br><br>v.<br><br>GEOFFREY WHITE,<br><br>Defendants. | Case No. C 04-2201 JSW<br><br>[PROPOSED] ORDER GRANTING STIPULATION RE: FURTHER CASE MANAGEMENT CONFERENCE |
| LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,<br><br>Third-Party Intervenor and Plaintiff,<br><br>v.<br><br>GEOFFREY WHITE,<br><br>Defendant. | |

The Court, having reviewed the Stipulation Re: Further Case Management Conference submitted by counsel, and finding good cause exists, hereby ORDERS that:

1. The Further Case Management Conference is moved from July 15, 2005 at 1:30 p.m. to July 8, 2005 at 1:30 p.m.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: June 21, 2005

/s/ Jeffrey S. White
Honorable Judge Jeffrey S. White
United States District Court Judge

[PROPOSED] ORDER GRANTING STIPULATED
FURTHER CASE MANAGEMENT CONFERENCE

Case No. C 04-2201 JSW