IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC INC,

    Plaintiff,

v.

GEOFFREY WHITE,

    Defendant.
_____/

LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,

    Third Party Intervenor and Plaintiff,

v.

GEOFFREY WHITE,

    Defendant.
_____/

No. C 04-02201 JSW

**ORDER REFERRING DISCOVERY DISPUTE TO MAGISTRATE JUDGE**

    The Court has received Dr. White's administrative motion for the issuance of commissions, Medtronic's opposition thereto, and Medtronic's administrative motion for the issuance of letters rogatory, and Dr. White's response thereto. The Court notes that in the future the parties are expected to comply with the Court's standing order regarding discovery disputes by submitting any such disputes in a joint four page letter brief.

    Pursuant to Civil Local Rule 72-1, the discovery dispute submitted to this Court with

respect to the requests for commissions and letters rogatory is hereby referred to a randomly assigned magistrate judge.

**IT IS SO ORDERED.**

Dated: June 30, 2005                              /s/ Jeffrey S. White
                                                  JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE

cc: Wings Hom