IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC INC,

    Plaintiff,

v.

GEOFFREY WHITE,

    Defendant.

No. C 04-02201 JSW

**ORDER STRIKING DR. WHITE'S PRELIMINARY SUBMISSION TO THE COURT RE STATUS CONFERENCE ON JURY TRIAL ISSUES**

The Court has received Dr. White's preliminary submission to the Court regarding the status conference on jury trial issues, in which he has responded to the questions that the Court intended to address at the status conference. Those questions were not an invitation to provide written answers in advance of the hearing nor an invitation to provide supplemental briefing on the matters addressed in the parties' previously submitted briefs.

Accordingly, because Dr. White did not seek leave of the Court to file this preliminary response, the Court shall not consider it and shall strike it from the record. Medtronic and L.A. Biomed are ORDERED not to file a written response but, rather, to save their arguments for the status conference.

**IT IS SO ORDERED.**

Dated: July 6, 2005

    /s/ Jeffrey S. White
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE