**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., ET AL., | No. C04-2201 JSW (JCS) |
| Plaintiff(s), | **ORDER DENYING PLAINTIFF'S FURTHER MOTION TO MODIFY DEPOSITION SCHEDULE [Docket No. 172]** |
| v. | |
| GEOFFREY WHITE, | |
| Defendant(s). | |

_____/

On July 18, 2005, Plaintiff Medtronic filed a letter brief which the Court construed as a further Motion to Modify Deposition Schedule (the "Motion").

On July 18, 2005, a hearing was held. Bijal Vakil, and Stephen Shahida, counsel for Medtronic, appeared. Linda Callison, counsel for Intervenor Plaintiff, appeared. Ann Mace and Russell Johnson, counsel for Defendant, appeared.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED that the Motion is DENIED. The depositions of Dr. David Grosser and Dr. Michael Stephen shall take place as originally scheduled on July 23, and July 24, 2005.

IT IS SO ORDERED.

Dated:  July 19, 2005

/s Joseph C. Spero_____
JOSEPH C. SPERO
United States Magistrate Judge