IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC INC,

    Plaintiff,

v.

GEOFFREY WHITE,

    Defendant.
_____/

LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,

    Third Party Intervenor and Plaintiff,

v.

GEOFFREY WHITE,

    Defendant.
_____/

No. C 04-02201 JSW

**ORDER REFERRING DISCOVERY TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a randomly assigned Magistrate Judge for resolution of all discovery matters, including the letter brief filed on August 8, 2005.

    **IT IS SO ORDERED.**

Dated: August 9, 2005

                        JEFFREY S. WHITE
                        UNITED STATES DISTRICT JUDGE

cc: Wings Hom