**COUNSEL LISTED ON SIGNATURE PAGE**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MEDTRONIC, INC., | ) | Case No. C04-2201 JSW (JCS) |
| | ) | |
| Plaintiff, | ) | **JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE SEPTEMBER 2, 2005 HEARING** |
| vs. | ) | |
| | ) | Old Date: September 2, 2005, 1:30 p.m. |
| GEOFFREY WHITE, | ) | New Date: September 9, 2005, 1:30 p.m. |
| | ) | |
| Defendant. | ) | |
| LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER, | ) ) ) | |
| | ) | |
| Third-Party Intervenor and Plaintiff, | ) ) | |
| | ) | |
| vs. | ) | |
| | ) ) | |
| GEOFFREY WHITE, | ) | |
| | ) | |
| Defendant. | ) | |

-1-

**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE SEPTEMBER 2, 2005 HEARING**
**CASE NO. C 04-2201 JSW (JCS)**

# JOINT STIPULATION

Pursuant to Civil L.R. 7-12, Defendant Dr. Geoffrey White, Third-Party Intervenor Los Angeles Biomedical Research Institute, and Plaintiff Medtronic, Inc., through their respective counsel of record, submit this Joint Stipulation To Reschedule September 2, 2005 Hearing.

This Joint Stipulation is based upon the following:

1. A hearing on Los Angeles Biomedical's Motion to Compel is scheduled for Friday, September 2, 2005, at 1:30 p.m.;

2. Dr. White's lead counsel, Hugh Abrams, is ill and unable to travel from Chicago to San Francisco for the September 2, 2005 hearing.

The parties therefore respectfully request that the Hearing on Motion to Compel be moved from Friday, September 2, 2005 at 1:30 p.m. to Friday, September 9, 2005 at 1:30 p.m.

Dated: August 31, 2005

By: /s/ Matthew T. Powers
Attorneys For Defendant Dr. Geoffrey White

SIDLEY AUSTIN BROWN & WOOD LLP
Russell L. Johnson (SBN 053833)
Matthew T. Powers (SBN 124493)
555 California Street, Suite 2000
San Francisco, CA 94104
Telephone:     (415) 772-1200
Facsimile:     (415) 772-7400

Hugh A. Abrams (*Pro Hac Vice*)
10 S. Dearborn Street
Chicago, IL 60603
Telephone:     (312) 853-7000
Facsimile:     (312) 853-7036

Dated: August 31, 2005

By: /s/ Bijal Vakil
Attorneys For Plaintiff Medtronic, Inc.

MCDERMOTT WILL & EMERY LLP
Bijal V. Vakil (SBN 192878)
3150 Porter Drive
Palo Alto, CA 94304
Telephone:     (650) 813-5000
Facsimile:     (650) 813-5100

-2-
**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE SEPTEMBER 2, 2005 HEARING**
**CASE NO. C 04-2201 JSW (JCS)**

Dated: August 31, 2005

By: /s/ Linda Callison
Attorneys For Third-Party Intervenor Los Angeles Biomed Research Institute

COOLEY GODWARD LLP
Linda F. Callison (SBN 167785)
3000 El Camino Real
Palo Alto, CA 94306
Telephone: (650) 843-5000
Facsimile: (650) 857-0663

-3-
**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE SEPTEMBER 2, 2005 HEARING**
**CASE NO. C 04-2201 JSW (JCS)**

1 **ATTESTATION RE: SIGNATURE PURSUANT TO GENERAL ORDER 45 § X**

2     I, Ann M. Mace, declare as follows:

3     1.    I am an attorney at the law firm of Sidley Austin Brown & Wood, LLP, counsel of record for Defendant Dr. Geoffrey White in the action entitled *Medtronic, Inc. v. Geoffrey White*, Case No. C 04-2201 JSW pending before this Court. I am admitted *pro hac vice* in this case. I have personal knowledge of the facts set forth in this Declaration, and, if called as a witness, could and would testify competently to such facts under oath.

    2.    I attest that the conformed signature of Linda Callison, counsel of record for Los Angeles Biomedical in the signature block of the [Proposed] Joint Stipulation and Order To Reschedule September 2, 2005 Hearing is Ms. Callison's signature and that Ms. Callison authorized me to file this [Proposed] Joint Stipulation and Order To Reschedule September 2, 2005 Hearing.

    3.    I attest that the conformed signature of Bijal Vakil, counsel of record for Medtronic, Inc. in the signature block of the [Proposed] Joint Stipulation and Order To Reschedule September 2, 2005 Hearing is Mr. Vakil's signature and that Mr. Vakil authorized me to file this [Proposed] Joint Stipulation and Order To Reschedule September 2, 2005 Hearing.

    Executed on the 31st day of August at Chicago, Illinois. I declare under penalty of perjury that the foregoing is true and correct.

                                                                         /s/ Ann M. Mace

-4-

**JOINT STIPULATION AND [PROPOSED] ORDER TO RESCHEDULE SEPTEMBER 2, 2005 HEARING**
**CASE NO. C 04-2201 JSW (JCS)**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., <br><br>     Plaintiff, <br><br>  vs. <br><br> GEOFFREY WHITE, <br><br>     Defendant. | Case No. C04-2201 JSW (JCS) <br><br> [~~PROPOSED~~] **ORDER GRANTING STIPULATION TO RESCHEDULE SEPTEMBER 2, 2005 HEARING** <br><br> Old Date: September 2, 2005, 1:30 p.m. <br> New Date: September 9, 2005, 1:30 p.m. |

The Court, having reviewed the [Proposed] Joint Stipulation and Order to Reschedule September 2, 2005 Hearing, and finding good cause exists, hereby ORDERS that:

1. The Hearing on Motion to Compel is moved from September 2, 2005, at 1:30 p.m. to September 9, 2005, at 1:30 p.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED**

Dated: Sept. 1, 2005        By: _____
                                 Hon. Magistrate Judge Joseph C. Spero

SF1 1418644v.1

[~~PROPOSED~~] **ORDER GRANTING JOINT STIPULATION TO RESCHEDULE SEPTEMBER 2, 2005 HEARING - CASE NO. C 04-2201 JSW (JCS)**