UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC., ET AL.,<br><br>    Plaintiff(s),<br><br>v.<br><br>GEOFFREY WHITE,<br><br>    Defendant(s).<br>_____/ | No. C-04-2201 JSW (JCS)<br><br>**ORDER GRANTING IN PART, DENYING IN PART THIRD-PARTY INTERVENOR/PLAINTIFF'S LOS ANGELES BIOMEDICAL'S MOTION TO COMPEL FURTHER DISCOVERY RESPONSES [Docket No. 179]** |

On August 8, 2005, Intervenor Plaintiff Los Angeles Biomedical filed a letter brief which the Court construed as a Motion to Compel Further Discovery Responses of Defendant Geoffrey White (the "Motion").

On September 9, 2005, a hearing was held. Linda Callison, counsel for Intervenor Plaintiff, appeared. Hugh Abrams, counsel for Defendant, appeared.

For reasons stated on the record, and good cause shown,

IT IS HEREBY ORDERED that the Motion is GRANTED IN PART. Defendant shall provide on a claim-by-claim basis, by **September 23, 2005,** the dates on which he contends he conceived, and reduced to practice, the inventions claimed in Patent Nos. '073 and '458. The Motion is otherwise DENIED.

IT IS SO ORDERED.

Dated: September 14, 2005

                                                JOSEPH C. SPERO<br>                                                United States Magistrate Judge