1  TERRENCE P. MCMAHON (State Bar No. 71910)
   BIJAL V. VAKIL (State Bar No. 192878)
2  **McDERMOTT WILL & EMERY LLP**
   3150 Porter Drive
3  Palo Alto, CA 94304
   Telephone:    (650) 813-5000
4  Facsimile:    (650) 813-5100

5  DONNA M. TANGUAY, *Admitted Pro Hac Vice*
   JOHN R. FUISZ, *Admitted Pro Hac Vice*
6  STEPHEN K. SHAHIDA, *Admitted Pro Hac Vice*
   EVAN A. PARKE, *Admitted Pro Hac Vice*
7  **McDERMOTT WILL & EMERY LLP**
   600 13th Street N.W.
8  Washington, D.C. 20005-3096
   Telephone:    (202) 756-8000
9  Facsimile:    (202) 756-8087

10 Attorneys for Plaintiff
   MEDTRONIC, INC., a Delaware Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC.,<br><br>    Plaintiff,<br><br>    v.<br><br>GEOFFREY WHITE,<br><br>    Defendant. | Case No. C 04-02201 JSW<br><br>(Case Related to Civ. No. 03-3817 JSW)<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING CASE MANAGEMENT SCHEDULE** |
| LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,<br><br>    Third-Party Intervenor and Plaintiff,<br><br>    v.<br><br>GEOFFREY WHITE,<br><br>    Defendant | |

JOINT STIPULATION REGARDING CASE MANAGEMENT ORDER — - 1 -      **No. C 04-02201 JSW**

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
PALO ALTO

Pursuant to Civil L.R. 7-12, Medtronic, Inc., L.A. Biomed and Dr. White, through their respective counsel of record, submit this Joint Stipulation Re: Modification to Case Management Order ("Joint Stipulation") in accordance with the Court's Scheduling Order Following Case Management Conference entered May 16, 2005 ("Scheduling Order"). This Joint Stipulation is based upon the following recitals:

WHEREAS, the current Scheduling Order requires that the parties: (1) exchange expert witness statements by September 22, 2005; and (2) expert discovery ends on October 5, 2005;

WHEREAS, the parties have met and conferred and propose that the following modifications to the Scheduling Order will allow the parties to exchange rebuttal reports and expert trial demonstratives in an orderly fashion;

NOW, THEREFORE, the parties, through their respective counsel of record, jointly propose and stipulate to the following modifications to the Court's Scheduling Order:

1. Opening expert reports (containing general descriptions of trial demonstratives) are due on September 26, 2005, with service by email of the Report and next day Federal Express delivery of any accompanying documents;

2. Rebuttal expert reports are due on October 17, 2005, with service by email of the Report and next day Federal Express delivery of any accompanying documents;

3. Expert discovery closes on November 9, 2005 and the parties will undertake good faith efforts to resolve informally any issues relating to deposition dates for experts; and

4. The parties agree to exchange expert trial demonstratives no later than January 3, 2006.

This stipulation is entered into without prejudice to any rights to subsequently to request further changes to the schedule.

JOINT STIPULATION REGARDING CASE MANAGEMENT ORDER - 2 -

No. C 04-02201 JSW

**Respectfully submitted,**

Dated: September 16, 2005          McDERMOTT WILL & EMERY LLP


By:   /s/ Bijal V. Vakil
    Terrence P. McMahon
    Bijal V. Vakil

Attorneys for Medtronic, Inc.

Dated: September 16, 2005          COOLEY GODWARD LLP


By:   /s/ Linda F. Callison
    Linda F. Callison

Attorneys for L.A. Biomed

Dated: September 16, 2005          SIDLEY AUSTIN BROWN & WOOD LLP


By:   /s/ Hugh Abrams
    Hugh Abrams

Attorneys for Dr. White

MPK 97567-1.052734.0093

JOINT STIPULATION REGARDING CASE MANAGEMENT ORDER

- 3 -

No. C 04-02201 JSW

**[PROPOSED] ORDER**

The Scheduling Order is modified to reflect the following:

1. Opening expert reports (containing general descriptions of trial demonstratives) are due on September 26, 2005, with service by email of the Report and next day Federal Express delivery of any accompanying documents;

2. Rebuttal expert reports are due on October 17, 2005, with service by email of the Report and next day Federal Express delivery of any accompanying documents;

3. Expert discovery closes on November 9, 2005 and the parties will undertake good faith efforts to resolve informally any issues relating to deposition dates for experts; and

4. The parties agree to exchange expert trial demonstratives no later than January 3, 2006.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: September 19, 2005

_____
Honorable Jeffrey S. White

MPK 97567-1.052734.0093

JOINT STIPULATION REGARDING CASE MANAGEMENT ORDER

- 4 -

No. C 04-02201 JSW