UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC., ET AL.,

       Plaintiff(s),

    v.

GEOFFREY WHITE,

       Defendant(s).

_____/

No. C-04-2201 JSW (JCS)

**NOTICE SETTING HEARING DATE;
ORDER THEREON**

On September 15, 2005, counsel filed letters (Docket Nos. 187 and 188) indicating that they have been unsuccessful in reaching agreement on outstanding discovery issues between Medtronic and Dr. White and L.A. Biomed and Dr. White, respectively, and requesting further intervention by the Court.

IT IS HEREBY ORDERED that counsel shall prepare and electronically file with the Court a Joint Letter Report regarding *each party's unresolved discovery disputes* **no later than September 27, 2005**.

PLEASE TAKE NOTICE that a hearing has been set for **September 30, 2005, at 1:30 p.m.**, in Courtroom A, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. Lead trial counsel are ORDERED to appear *in person* at the hearing.

IT IS SO ORDERED.

Dated:   September 20, 2005

                           _____
                           JOSEPH C. SPERO
                           United States Magistrate Judge

**United States District Court**

For the Northern District of California