UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC.,

    Plaintiff,

vs.

GEOFFREY WHITE

    Defendant.

Civil Action No. C 04-2201 JSW

[PROPOSED] ORDER GRANTING ADMISSION OF JEFFREY D. KLINGMAN *PRO HAC VICE*

**[PROPOSED] ORDER**

Jeffrey D. Klingman, an active member in good standing of the bar of the State of Illinois having applied in the above-entitled action for admission to practice in the United States District Court for the Northern District of California on a *pro hac vice* basis representing Dr. Geoffrey H. White,

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney shall indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application shall constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

SEP 2 7 2005
_____
Date

_____
United States District Judge Jeffrey S. White

APPLICATION FOR ADMISSION OF JEFFREY D. KLINGMAN *PRO HAC VICE*
CASE NO. C 04-2201 JSW