IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC INC,

    Plaintiff,

v.

GEOFFREY WHITE,

    Defendant.
_____/
LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,

    Third-Party Intervenor and Plaintiff,

v.

DR. GEOFFREY WHITE,

    Defendant
_____/

No. C 04-02201 JSW

**ORDER VACATING HEARING DATE**

    On October 20, 2005, Defendant Dr. Geoffrey White filed two motions to strike expert reports and proposed expert testimony submitted by Plaintiff Medtronic, Inc. and Third-Party Intervenor and Plaintiff, L.A. Biomedical Research Institute at Harbor UCLA Medical Center.

    The Court has reviewed those motions and finds that they are more appropriately characterized as motions *in limine*.

    Accordingly, the hearing date of December 2, 2005, as to both motions is VACATED. Defendant shall include the motions as motions *in limine* with the parties' pretrial filings and the

briefing schedule on the motions shall be in accordance with this Court's Standing Order for Civil Jury Trial cases.

The motions shall be addressed at the pretrial conference scheduled for December 19, 2005.

**IT IS SO ORDERED.**

Dated:  October 24, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE