IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC INC,

    Plaintiff,

v.

DR. GEOFFREY WHITE,

    Defendant.
_____/
LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,

    Third-Party Intervenor and Plaintiff,

v.

DR. GEOFFREY WHITE,

    Defendant
_____/

No. C 04-02201 JSW

**ORDER RE MOTION TO SEAL**

    Defendant has filed an administrative motion to file the Expert Report of Dr. Alexander Balko under seal. In light of Defendant's representations that Plaintiff contends the report contains Medtronic's confidential information, Medtronic is HEREBY ORDERED TO SHOW CAUSE as to why the report should be filed under seal. *See* N.D. Civ. L.R. 79-5(d).

    **IT IS SO ORDERED.**

Dated: October 24, 2005

                                                    JEFFREY S. WHITE
                                                  UNITED STATES DISTRICT JUDGE