IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC INC,<br><br>          Plaintiff,<br><br>     v.<br><br>GEOFFREY WHITE,<br><br>          Defendant.<br>_____/ | No. C 04-02201 JSW<br><br>**ORDER GRANTING MOTION TO SEAL** |

On October 20, 2005, Defendant Geoffrey White ("Dr. White") filed two motions to strike expert reports and proposed expert testimony. Dr. White also filed a motion to file under seal the expert report of Dr. Alexander Balko which is Exhibit 4 to the Declaration of Carrie Cotter in Support of the motions to strike.

The Court has now received Medtronic's response as to why that motion should be filed under seal and, based upon the representations that the report contains material previously filed under seal, the Court GRANTS Dr. White's administrative motion and Exhibit 4 to the Cotter declaration shall be filed under seal.

In its Order vacating the hearing date on the motions, the Court did not strike the filings from the record or terminate them in any way. Rather, it stated that the motions were more appropriately characterized as motions *in limine* and were to be included as such with any future motions *in limine* that the parties filed. On review of that Order, however, the Court can understand Medtronic's confusion and shall accept the late filing. So that there is no further confusion among the parties, when the parties serve and file their motions *in limine*, if Dr.

White intends to pursue the motions to strike, he need not re-file or re-serve those motions. However, he shall provide notice to Medtronic and L.A. Biomed of his intent to pursue those motions in the time frame contemplated by the Court's Standing Order on Civil Jury Trial Procedures.

**IT IS SO ORDERED.**

Dated:  November 10, 2005

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE