IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC INC,

    Plaintiff,

v.

GEOFFREY WHITE,

    Defendant.

No. C 04-02201 JSW

**ORDER RE WHITE MOTION IN LIMINE RE BALKO REPORT**

The Court has received Dr. White's motion *in limine* to strike portions of the Expert Report of Dr. Alexander Balko. Although Dr. White has submitted Dr. Balko's report to the Court as an Exhibit to the motion, he has not included the Exhibits to the report for consideration.

Accordingly, Dr. White is HEREBY ORDERED to file under seal if necessary and submit a chambers copy of those exhibits to the Court by Wednesday, December 14, 2005, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: December 13, 2005

                                    JEFFREY S. WHITE
                                    UNITED STATES DISTRICT JUDGE