| | |
|---|---|
| 1 | SIDLEY AUSTIN BROWN & WOOD LLP |
| | Russell L. Johnson (SBN 53833) (rljohnson@sidley.com) |
| 2 | Matthew T. Powers (SBN 124493)(mpowers@sidley.com) |
| | 555 California Street, 20th Floor |
| 3 | San Francisco, CA 94104 |
| | Telephone: (415) 772-1200 |
| 4 | Facsimile: (415) 397-4621 |
| 5 | SIDLEY AUSTIN BROWN & WOOD LLP |
| | Stephen C. Carlson (*Pro Hac Vice*) (scarlson@sidley.com) |
| 6 | Hugh A. Abrams (*Pro Hac Vice*) (habrams@sidley.com) |
| | One South Dearborn Street |
| 7 | Chicago, IL 60603 |
| | Telephone: (312) 853-7000 |
| 8 | Facsimile: (312) 853-7036 |
| 9 | Attorneys for Defendant |
| | DR. GEOFFREY H. WHITE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., | Civil Action No. C 04-2201 JSW |
| Plaintiff, | **DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL DOCUMENTS ATTACHED TO MACE DECLARATION IN SUPPORT OF DR. WHITE'S PRE-TRIAL BRIEF (PURSUANT TO CIV. L.R. 79-5(D)) AND ORDER THEREON** |
| vs. | |
| DR. GEOFFREY H. WHITE, | |
| Defendant. | |
| | Hearing Date: December 19, 2005 |
| | Hearing Time: 2:00 p.m. |
| LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER, | Location: Courtroom 2, 17th Floor |
| | Judge: Honorable Jeffrey S. White |
| Third-Party Intervenor and Plaintiff, | |
| vs. | |
| GEOFFREY WHITE, | |
| Defendant. | |

Civil Action No. C 04-2201 JSW
DEFENDANT'S ADMIN. MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5(B), (C) AND (D)

1    Pursuant to Civ. L.R. 79-5(d), Defendant Dr. Geoffrey White ("Dr. White") hereby requests
2  that the following exhibits to the Mace Declaration in Support of Dr. White's Pre-Trial Brief be filed
3  under seal:
4    1.   Mace Declaration Exhibit 1: Expert Report of Dr. Wesley Moore, dated September
5  23, 2005;
6    2.   Mace Declaration Exhibit 6: Expert Report of Dr. Alexander Balko on Behalf of
7  Medtronic, Inc., dated September 26, 2005;
8    3.   Mace Declaration Exhibit 8: Medtronic Consulting Agreement, dated July 21, 1989
9  and signed by Dr. White on August 9, 1989.
10   The parties have jointly agreed to maintain the existing confidentiality designations of the
11 documents submitted as exhibits by filing under seal those documents designated by counsel as
12 confidential under the protective order. Because the above listed exhibits were designated in their
13 entirety as confidential under the protective order, Dr. White respectfully requests that the listed
14 exhibits be filed under seal.

15 Dated: December 12, 2005                    Respectfully submitted,

                                              By:  _____/s/_____
                                              SIDLEY AUSTIN BROWN & WOOD LLP
                                              Russell L. Johnson
                                              Matthew T. Powers
                                              555 California Street, 20th Floor
                                              San Francisco, CA 94104
                                              Telephone: (415) 772-1200

                                              SIDLEY AUSTIN BROWN & WOOD LLP
                                              Stephen Carlson (*Pro Hac Vice*)
                                              Hugh A. Abrams (*Pro Hac Vice*)
                                              (*Pro Hac Vice*)
                                              One South Dearborn Street
                                              Chicago, IL 60603
                                              Telephone: (312) 853-7000

                                              Attorneys for Defendant
                                              DR. GEOFFREY H. WHITE



GRANTED
Judge Jeffrey S. White
December 13, 2005

Civil Action No. C 04-2201 JSW                                                                  1
DEFENDANT'S ADMIN. MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5(B), (C) AND (D)
CH1 3397509v.1