UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>GEOFFREY WHITE,<br><br>    Defendant. | Case No. C-04-2201 JSW<br><br>[PROPOSED] ORDER GRANTING LA BIOMED'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5 |
| LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,<br><br>    Third-Party Intervenor and Plaintiff,<br><br>v.<br><br>GEOFFREY WHITE,<br><br>    Defendant. | |

The Court has reviewed the submissions relating to LA Biomed's Administrative Request to File Under Seal its exhibits A and B to the Declaration of Linda F. Callison in Support of LA

1  Biomed's Motions in Limine. Pursuant to Civil Local Rules 7-10 and 79-5 relating to Filing
2  Documents Under Seal, and good cause appearing therefor,
3      IT IS HEREBY ORDERED that:
4      (1) LA Biomed's Administrative Request to file Exhibit A to the Declaration of Linda F.
5  Callison in Support of LA Biomed's Motions in Limine under seal is GRANTED.
6      (2) LA Biomed's Administrative Request to file Exhibit B to the Declaration of Linda F.
7  Callison in Support of LA Biomed's Motions in Limine under seal is GRANTED.

9  **IT IS SO ORDERED.**

11  Dated: December 13, 2005

                          HONORABLE JEFFREY S. WHITE
                          United States District Court Judge

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

716587 v1/PA      2.      [PROPOSED] ORDER GRANTING LA BIOMED'S
ADMIN REQ TO FILE UNDER SEAL
C-04-2201-JSW