TERRENCE P. McMAHON (State Bar No. 71910)
tmcmahon@mwe.com
BIJAL V. VAKIL (State Bar No. 192878)
bvakil@mwe.com
**McDERMOTT WILL & EMERY LLP**
3150 Porter Drive
Palo Alto, California 94304
Telephone:     650.813.5000
Facsimile:     650.813.5100

JOHN R. FUISZ, *Pro Hac Vice*
STEPHEN K. SHAHIDA, *Pro Hac Vice*
EVAN A. PARKE, *Pro Hac Vice*
**McDERMOTT WILL & EMERY LLP**
600 13th Street N.W.
Washington, D.C. 20005-3096
Telephone:     202.756.8000
Facsimile:     202.756.8087

Attorneys for Plaintiff
MEDTRONIC, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC.,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>GEOFFREY WHITE,<br><br>　　　　　Defendant.<br><br>LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,<br><br>　　　　　Third-Party Intervenor and Plaintiff,<br><br>v.<br><br>GEOFFREY WHITE,<br><br>　　　　　Defendant. | Case No. C 04-2201 JSW<br>(Case related to C NO. 03-3817 JSW)<br><br>[~~PROPOSED~~] **ORDER GRANTING MEDTRONIC, INC.'S ADMINISTRATIVE REQUEST TO FILE UNDER SEAL MOTIONS IN LIMINE 1-4 AND OPPOSITIONS TO DR. WHITE'S MOTIONS IN LIMINE**<br><br>Hearing Date:　December 19, 2005<br>Hearing Time:　2:00 p.m.<br>Location:　　　Courtroom 2, 17th Floor<br>Judge:　　　　Honorable Jeffrey S. White |

Having reviewed Medtronic's submission, and for good cause appearing therefore, it is hereby ORDERED that the following documents be filed under seal:

a. Medtronic, Inc.'s [First] Motion *in Limine* To Preclude Any Reference To The Susan Schmitt Letter as well as the Declaration of Bijal V. Vakil in support of said motion with the exhibits attached thereto;

b. Medtronic, Inc.'s [Second] Motion *in Limine* To Preclude Any Opinion Testimony In Rebuttal To Dr. Balko's Testimony as well as the Declaration of Bijal V. Vakil in Support of said motion with the exhibits attached thereto;

c. Medtronic, Inc.'s [Third] Motion *in Limine* To Preclude Any Reference To The Cook/Medtronic/L.A. Biomed License Agreement as well as the Declaration of Bijal V. Vakil in Support of said motion with the exhibits attached thereto; and

d. Medtronic, Inc.'s [Fourth] Motion *in Limine* To Preclude Dr. Beebe's Opinion Testimony as well as the Declaration of Bijal V. Vakil in Support of said motion with the exhibits attached thereto;

**IT IS SO ORDERED**

Dated: December 13, 2005

By: /s/ Jeffrey S. White
Honorable Jeffrey S. White
United States District Court Judge

MPK 101540-1.052734.0093

[PROPOSED] ORDER GRANTING MEDTRONIC'S ADMIN. REQUEST TO FILE UNDER SEAL | 1 | Case No. C 04-2201 JSW