| | |
|---|---|
| 1 | SIDLEY AUSTIN BROWN & WOOD LLP |
| 2 | Russell L. Johnson (SBN 53833) (rljohnson@sidley.com)<br>Matthew T. Powers (SBN 124493)(mpowers@sidley.com) |
| 3 | 555 California Street, 20th Floor<br>San Francisco, CA 94104 |
| 4 | Telephone: (415) 772-1200<br>Facsimile: (415) 397-4621 |

SIDLEY AUSTIN BROWN & WOOD LLP
Stephen C. Carlson (*Pro Hac Vice*) (scarlson@sidley.com)
Hugh A. Abrams (*Pro Hac Vice*) (habrams@sidley.com)
10 South Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendant
DR. GEOFFREY H. WHITE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., | Civil Action No. C 04-2201 JSW |
| Plaintiff, | **DEFENDANT'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5(D) AND ORDER THEREON** |
| vs. | Hearing Date: December 19, 2005 |
| DR. GEOFFREY H. WHITE, | Hearing Time: 2:00 a.m. |
| Defendant. | Location: Courtroom 2, 17th Floor<br>Judge: Honorable Jeffrey S. White |
| LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER, | |
| Third-Party Intervenor and Plaintiff, | |
| vs. | |
| GEOFFREY WHITE, | |
| Defendant. | |

Civil Action No. C 04-2201 JSW
DEFENDANT'S ADMIN. MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5(B), (C) AND (D)

CH1 3396645v.1

Pursuant to Civ. L.R. 79-5(d), Defendant Dr. Geoffrey White ("Dr. White") hereby requests that the following exhibits to the Declaration of Ann Mace in Support of Defendant's Responses to Medtronic's and LA Biomed's Motions *In Limine* be filed under seal:

Exhibit 2, the deposition of Alexander Balko, dated November 7, 2005, and designated "Confidential, For Attorney's Eyes Only" in its entirety by Medtronic.

Exhibit 6, the Medtronic Consulting Agreement, dated July 21, 1989, and designated Confidential—Outside Attorney's Eyes Only" in its entirety by Medtronic.

Exhibit 9, the deposition of Kenneth Trevett, dated November 14, 1995, and designated "Highly Confidential—Attorney's Eyes Only" in its entirety by LA Biomed.

Exhibit 10, the deposition of Katie M. Szyman, dated October 17, 2005, and designated "Confidential" in its entirety by Medtronic.

Exhibit 11, a letter from Susan M. Schmitt to Dr. Geoffrey White, dated June 11, 1999, and designated "Confidential—Attorneys Eyes Only" in its entirety by Medtronic.

The parties have jointly agreed to maintain the existing confidentiality designations of the documents submitted as exhibits to the Motions *In Limine* and the respective responses by filing under seal those documents designated by counsel as confidential under the protective order. Because the above listed exhibits were designated in their entirety by LA Biomed and/or Medtronic as confidential under the protective order, Dr. White respectfully requests that the listed exhibits be filed under seal.

Similarly, Dr. White relies on the substance of each of the listed exhibits in his responses to the following Medtronic and LA Biomed Motions *In Limine*:

(1) Defendant's Response to LA Biomed's First Motion *In Limine*;

(2) Defendant's Response to Medtronic's First Motion *In Limine*;

(3) Defendant's Response to Medtronic's Second Motion *In Limine*;

(4) Defendant's Response to Medtronic's Third Motion *In Limine*; and

(5) Defendant's Response to Medtronic's Fifth Motion *In Limine*.

Because Dr. White relies on Medtronic's and LA Biomed's confidentially designated material in its responses to their motions *in limine*, Dr. White requests that the above listed responses

1  to the Medtronic and LA Biomed motions in *limine* additionally be filed under seal. Dr. White will
2  provide to the Court redacted briefs and a redacted version of the Declaration of Ann Mace to be
3  used as public versions to this end.
4      Therefore, Defendant Dr. White respectfully asks the Court to grant Dr. White's request to
5  maintain the confidentiality of the above listed exhibits by permitting said exhibits and Dr. White's
6  responses to the above referenced LA Biomed and Medtronic Motions in *limine* to be filed under
7  seal.

8  Dated: December 12, 2005                 Respectfully submitted,

By: _____/s/_____
SIDLEY AUSTIN BROWN & WOOD LLP
Russell L. Johnson
Matthew T. Powers
555 California Street, 20th Floor
San Francisco, CA 94104
Telephone: (415) 772-1200

SIDLEY AUSTIN BROWN & WOOD LLP
David T. Pritikin (*Pro Hac Vice*)
Hugh A. Abrams (*Pro Hac Vice*)
Lisa A. Schneider (*Pro Hac Vice*)
10 S. Dearborn Street
Chicago, IL 60603
Telephone: (312) 853-7000

Attorneys for Defendant
DR. GEOFFREY H. WHITE



GRANTED
Judge Jeffrey S. White
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

December 13, 2005

Civil Action No. C 04-2201 JSW
DEFENDANT'S ADMIN. MOTION TO FILE UNDER SEAL PURSUANT TO CIV. L.R. 79-5(B), (C) AND (D)

2

CH1 3396645v.1