IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC INC,

    Plaintiff,

v.

GEOFFREY WHITE,

    Defendant.

No. C 04-02201 JSW

**ORDER RE MOTION IN LIMINE RE BEEBE REPORT**

The Court has received Medtronic's motion *in limine* to preclude Dr. Beebe's opinion testimony. Although Medtronic seeks to exclude Dr. Beebe's testimony, it has not provided the Court with the underlying report.

Accordingly, Medtronic is HEREBY ORDERED to file, under seal if necessary, and submit a chambers copy of the report to the Court by Thursday, December 15, 2005, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: December 14, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE