IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC INC,

    Plaintiff,

v.

GEOFFREY WHITE,

    Defendant.

No. C 04-02201 JSW

**ORDER GRANTING MOTION TO SEAL (Docket No. 282)**

This matter comes before the Court upon Dr. Geoffrey White's administrative motion to file under seal Exhibits B, C and 7j to the Expert Report of Dr. Alexander Balko, which Dr. White has filed pursuant to this Court's Order of December 17, 2005.

Good cause appearing, the Court GRANTS the request and the designated exhibits shall be filed under seal.[1]

**IT IS SO ORDERED.**

Dated: December 15, 2005

                JEFFREY S. WHITE
                UNITED STATES DISTRICT JUDGE

---

[1]    The Court reminds Dr. White of Local Rule 7-2(c), requiring that proposed orders be submitted with motions unless excused by the Judge hearing the motion.