IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC INC,

    Plaintiff,

v.

GEOFFREY WHITE,

    Defendant.
_____/

LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,

    Third Party Intervenor and Plaintiff,

v.

GEOFFREY WHITE,

    Defendant.
_____/

No. C 04-02201 JSW

**ORDER RE PRETRIAL ADR**

    At the Pretrial Conference, the Court will order the parties to engage in further ADR efforts prior to the trial date. As such, the parties shall be prepared to address the logistics of future ADR efforts.

    **IT IS SO ORDERED.**

Dated: December 16, 2005

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE