```
 1  COOLEY GODWARD LLP
    GORDON C. ATKINSON (122401)
 2  atkinsongc@cooley.com
    LINDA F. CALLISON (167785)
 3  lcallison@cooley.com
    MICHELLE S. RHYU (212922)
 4  mrhyu@cooley.com
    BENJAMIN G. DAMSTEDT (230311)
 5  bdamstedt@cooley.com
    Five Palo Alto Square
 6  3000 El Camino Real
    Palo Alto, CA 94306-2155
 7  Telephone:  (650) 843-5000
    Facsimile:  (650) 857-0663
 8
    *Attorneys for* Los Angeles Biomedical Research
 9  Institute at Harbor-UCLA Medical Center
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., | Case No. C 04-02201 JSW |
| Plaintiff, | (Case Related to Civ. No. 03-3817 JSW) |
| v. | |
| GEOFFREY WHITE, | **JOINT STIPULATION AND [PROPOSED] ORDER REGARDING EXCHANGE OF EXPERT TRIAL DEMONSTRATIVES** |
| Defendant. | |
| LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER, | |
| Third-Party Intervenor and Plaintiff, | |
| v. | |
| GEOFFREY WHITE, | |
| Defendant. | |

717819 v2/PA

C-04-2201 JSW

1  Pursuant to Civil L.R. 6-2 and 7-12, L.A. Biomed and Dr. White, through their respective
2  counsel of record, submit this Joint Stipulation Re: Exchange of Trial Demonstratives ("Joint
3  Stipulation").  This Joint Stipulation is based upon the following recitals:
4  WHEREAS, the Court's May 16, 2005 Scheduling Order Following Case Management
5  Conference required: (1) exchange of expert witness statements by September 22, 2005; and
6  (2) end of expert discovery on October 5, 2005;
7  WHEREAS, the Joint Stipulation and Order Regarding Case Management Schedule, filed
8  September 20, 2005, modified the May 16, 2005 Order and set January 3, 2006, as the date to
9  exchange expert trial demonstratives, assuming a trial date of January 10, 2006;
10 WHEREAS, by order of December 21, 2005, the Court vacated the January 10, 2006 trial
11 date and reset the trial to begin March 6, 2006;
12 WHEREAS, following the Court's suggestion during the December 19, 2005 status
13 conference, a mediation is set to proceed on January 4, 2006; and
14 WHEREAS, the parties have met and conferred and propose a revised date for exchange
15 of expert trial demonstratives that is wholly consistent with the new trial date and will not
16 otherwise alter the schedule of this case;
17 NOW, THEREFORE, the parties, through their respective counsel of record, jointly
18 propose and stipulate to modify the September 20, 2005 Joint Stipulation and Order Regarding
19 Case Management Schedule to exchange expert trial demonstratives on **February 27, 2006**.
20 This stipulation is entered into without prejudice to any rights to subsequently to request
21 further changes to the schedule.
22 / / /
23 / / /
24 / / /
25 / / /
26 / / /
27 / / /
28 / / /

717819 v2/PA

1

**JOINT STIPULATION RE EXCHANGE OF EXPERT TRIAL DEMONSTRATIVES**
C-04-2201 JSW

|   |   |   |
|---|---|---|
| 1 | Dated: January 3, 2006 | Respectfully submitted, |
| 2 |   | COOLEY GODWARD LLP |
| 3 |   | By: /s/ *Michelle S. Rhyu* |
|   |   | Michelle S. Rhyu |
| 4 |   | Attorneys for Los Angeles Biomedical |
|   |   | Research Institute At Harbor-UCLA Medical |
| 5 |   | Center |

6
Dated: January 3, 2006     SIDLEY AUSTIN BROWN & WOOD LLP
7

8
By: /s/ *Hugh Abrams*
9      Hugh Abrams

10     Attorneys for Geoffrey White

11 *Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, Michelle S. Rhyu hereby attests that concurrence in the filing of the document has been obtained.*

12

13

14

15     **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

16

17     Dated: January 3, 2006

18

19

20     _____
       Honorable Jeffrey S. White

21

22

23

24

25

26

27

28

717819 v2/PA                2         **JOINT STIPULATION RE EXCHANGE OF EXPERT TRIAL DEMONSTRATIVES**
                                       C-04-2201 JSW