UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., <br><br> Plaintiff, <br><br> v. <br><br> GEOFFREY WHITE, <br><br> Defendant. | Case No. C 04-2201 JSW <br><br> (CASE RELATED TO CIV. NO. 03-3817 JSW) <br><br> ELECTRONIC CASE FILING <br><br> [PROPOSED] ORDER RE STIPULATED DISMISSAL WITH PREJUDICE |
| LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER, <br><br> Third-Party Intervenor and Plaintiff, <br><br> v. <br><br> GEOFFREY WHITE, <br><br> Defendant. | |

**IT IS SO ORDERED** that, pursuant to the parties' stipulation and the confidential settlement agreement, this case and the counterclaims thereto, are hereby dismissed with prejudice. This matter remains pending as between Dr. White and L.A. Biomed.

Dated: January 20, 2006

_____
HONORABLE JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

MPK 102991-1.052734.0093

[PROPOSED] ORDER                                                         CASE NO. C 04-2201 JSW