IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MEDTRONIC, INC.<br><br>    Plaintiff,<br><br>  v.<br><br>DR. GEOFFREY WHITE,<br><br>    Defendant.<br>_____/<br>LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,<br><br>    Third-Party Intervenor and Plaintiff,<br><br>  v.<br><br>GEOFFREY WHITE,<br><br>    Defendant.<br>_____/ | No. C 04-02201 JSW<br><br>**ORDER PERMITTING FURTHER TRIAL BRIEF FROM L.A. BIOMED** |

    The Court has received the parties' letters with respect to the Supplemental Trial Brief filed by Dr. Geoffrey White on January 30, 2006. First, the Court ORDERS the parties that any further requests from the parties shall be in pleading form. Second, the Court's belief that lawyers abhor a vacuum has been reinforced by the parties' correspondence. However, because Dr. White's supplemental trial brief addresses affirmative defenses he now intends to raise, the Court believes L.A. Biomed deserves an opportunity to respond.

Accordingly, L.A. Biomed may submit a supplemental trial brief responding solely to the issues in Sections V and VII of Dr. White's supplemental trial brief. The Court finds the remaining portions of that brief largely duplicative of matters already presented to the Court and no further response is required.

L.A. Biomed shall file its brief by no later than February 15, 2006, and the brief shall not exceed 7 pages. Dr. White SHALL NOT file a response to this brief.

**IT IS SO ORDERED.**

Dated: February 7, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2