IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC.,

    Plaintiff,

  v.

GEOFFREY WHITE,

    Defendant.
_____/

LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,

    Third-Party Intervenor and Plaintiff,

  v.

GEOFFREY WHITE,

    Defendant.

No. C 04-02201 JSW

**ORDER SUSTAINING OBJECTIONS TO NIEFELD DEPOSITION DESIGNATIONS**

    The Court has received and considered Plaintiff L.A. Biomed's designated deposition testimony of Richard Niefeld, and Defendant White's objections thereto. Defendant's objection to Mr. Niefeld's testimony in its entirety is sustained.

    **IT IS SO ORDERED.**

Dated: March 1, 2006

                                                JEFFREY S. WHITE
                                                UNITED STATES DISTRICT JUDGE