COOLEY GODWARD LLP
GORDON C. ATKINSON (122401)
atkinsongc@cooley.com
LINDA F. CALLISON (167785)
lcallison@cooley.com
MICHELLE S. RHYU (212922)
mrhyu@cooley.com
BENJAMIN G. DAMSTEDT (230311)
bdamstedt@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:   (650) 843-5000
Facsimile:    (650) 857-0663

*Attorneys for* Los Angeles Biomedical Research Institute at Harbor-UCLA Medical Center

SIDLEY AUSTIN LLP
RUSSELL L. JOHNSON (SBN 53833)
rljohnson@sidley.com
MATTHEW T. POWERS (SBN 124493)
mpowers@sidley.com
555 California Street, 20th Floor
San Francisco, CA  94104
Telephone:   (415) 772-1200
Facsimile:    (415) 397-4621

SIDLEY AUSTIN LLP
STEPHEN C. CARLSON (*Pro Hac Vice*)
scarlson@sidley.com
HUGH A. ABRAMS (*Pro Hac Vice*)
habrams@sidley.com
ANN M. MACE (*Pro Hac Vice*)
amace@sidley.com
One South Dearborn Street
Chicago, IL  60603
Telephone:   (312) 853-7000
Facsimile:    (312) 853-7036

*Attorneys for* Defendant
Dr. Geoffrey H. White

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC.,<br><br>        Plaintiff,<br><br>v.<br><br>DR. GEOFFREY WHITE,<br><br>        Defendant.<br><br>LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,<br><br>        Third-Party Intervenor and Plaintiff,<br><br>v.<br><br>GEOFFREY WHITE,<br><br>        Defendant. | Case No.  C-04-2201 JSW<br><br>ELECTRONIC CASE FILING<br><br>**JOINT [~~PROPOSED~~] ORDER ALLOWING EQUIPMENT AT TRIAL**<br>**TRIAL DATE:  MARCH 6, 2006** |

LA Biomed and Dr. Geoffrey White hereby submit the following list of equipment to be brought into the courtroom to be used at the trial, set to commence on March 6, 2006, or soon thereafter:

1 - Elmo HV-5000 XGA Visual Presenter;

1 - Sony LCD Data Projector 3500 Lumens;

1 - Anchor Powered Audio Speaker;

1 - Inline Court Director 3-input Switcher;

6 - 17" Flat Panel Monitors;

1 - Projection Screen (6x8)

2 - Da-Lite Tables;

1 - 35mm Slide Projector;

2 - Easels;

2 - Laptop computers;

2 - Firewire drives

Associated cables.

Gary Petty and Mark Evans of Fulcrum Legal Graphics, Chris Ryan of FTI, and Jeannine Douglas of Cooley Godward, are authorized to bring this equipment into the courtroom.   In addition, each attorney may bring a laptop computer for use in the courtroom.

IT IS SO ORDERED.

Dated: March 2, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE