**United States District Court**

For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC.,                                    Case No. C04-2201  JSW

         Plaintiff(s),

    v.                                              **JURY REFRESHMENT ORDER**

GEOFFREY WHITE ,

         Defendant(s).

_____/

     IT IS HEREBY ORDERED that the United States District Court Jury Commissioner shall furnish daily morning refreshments and pastries for the members of the jury in the above-entitled matter beginning Tuesday, March 14, 2006,  for the duration of the trial at the expense of the United States.  The trial will be held in Courtroom 2, 17th Floor, 450 Golden Gate Avenue, San Francisco, California 94102.

     IT IS SO ORDERED.

Dated:  March 7, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE