IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC.,

    Plaintiff,

  v.

DR. GEOFFREY WHITE,

    Defendant.
_____/

LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,

    Third-Party Intervenor and Plaintiff,

  v.

GEOFFREY WHITE,

    Defendant.
_____/

No. C 04-02201 JSW

**ORDER RE START OF TRIAL**

     Due to the Court's understanding of juror availability, this matter will not start before Monday, March 13, 2006.

**IT IS SO ORDERED.**

Dated: March 7, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE