IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC.,

    Plaintiff,

  v.

GEOFFREY WHITE,

    Defendant.
                           /

LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,

    Third-Party Intervenor and Plaintiff,

  v.

GEOFFREY WHITE,

    Defendant.

No. C 04-02201 JSW

**ORDER OVERRULING OBJECTIONS TO MOORE DEMONSTRATIVE EXHIBITS**

    The Court has received and considered Dr. White's Objections To Proposed Demonstratives For Use During The Testimony Of Dr. Wesley Moore and L.A. Biomed's responses thereto.

    The Court overrules Dr. White's objections subject to L.A. Biomed laying the proper evidentiary foundations as to each of the proposed demonstratives, including a proper foundation under Federal Rule of Evidence 703 for the slides containing Dr. Yu's testimony. Further, in connection with Moore Demonstratives 55, 56, 62, 63, 64 and 131, he Court shall give the following limiting instruction: "The evidence you are about to hear may be considered

only for the limited purpose of determining whether Dr. White conceived of the overlapping GAD-graft device while at L.A. Biomed and for no other purpose."

**IT IS SO ORDERED.**

Dated: March 13, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

United States District Court
For the Northern District of California