IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC.,

    Plaintiff,

  v.

GEOFFREY WHITE,

    Defendant.
_____/

LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,

    Third-Party Intervenor and Plaintiff,

  v.

GEOFFREY WHITE,

    Defendant.

No. C 04-02201 JSW

**ORDER ON OBJECTIONS TO DEPOSITIONS OF DR. MICHAEL STEPHEN AND DR. SAMUEL ERIC WILSON**

The Court has received and considered the parties' deposition designations for Drs. Michael Stephen and Samuel Eric Wilson and the objections thereto. The Court's rulings on these objections are set forth in the remainder of this Order.

**1.  Dr. Michael Stephen**

L.A. Biomed's objections to page 31, lines 20-25 and page 32, lines 1-6 are sustained on all bases raised.

L.A. Biomed's objections to page 40, lines 22-25 are sustained.

L.A. Biomed's objection to page 48, lines 5-18 are sustained on the ground that the

designation is leading.

L.A. Biomed's objection to page 50, lines 17-25 and page 51, lines 1-2 are sustained on the ground that the designation is leading.

L.A. Biomed's objection to page 51, lines 21-25 and 52, line 1 is sustained on the ground that the designation contains inadmissible hearsay.

L.A. Biomed's objection to page 52, lines 17-25, is sustained on the ground that the designation contains inadmissible hearsay.

L.A. Biomed's objection to page 53, lines 1-8, is sustained on the grounds that the designation contains inadmissible hearsay and under Federal Rule of Evidence 901.

L.A. Biomed's objection to page 60, lines 8-24, is sustained on the ground that the designation contains inadmissible hearsay.

All other objections are overruled.

**2.    Dr. Samuel Eric Wilson**

All of L.A. Biomed's objections are overruled.

**IT IS SO ORDERED.**

Dated:   March 14, 2006

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2