IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC.,

    Plaintiff,

  v.

GEOFFREY WHITE,

    Defendant.
_____/

LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,

    Third-Party Intervenor and Plaintiff,

  v.

GEOFFREY WHITE,

    Defendant.

No. C 04-02201 JSW

**ORDER ON OBJECTIONS TO DEPOSITIONS OF DR. MARTIN R. BACK AND DR. JAMES MAY**

    The Court has received and considered the parties' deposition designations for Drs. Martin R. Back and James May and the objections thereto. The Court's rulings on these objections are set forth in the remainder of this Order.

    **1.    Dr. Martin Back**

    Dr. White's objections to pages 42:4-44:25 are sustained.

    **2.    Dr. James May**

    Dr. White's objections to pages 36:10-37:15 are sustained.

    Dr. White's objections to page 71:18-72:1 are sustained.

1     L.A. Biomed's objections to page 111:3-11 are sustained.

2     All remaining objections are overruled.

3     **IT IS SO ORDERED.**

5 Dated: March 20, 2006

                                          JEFFREY S. WHITE
                                          UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2