# Cooley Godward LLP

ATTORNEYS AT LAW

Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA
94306-2155
Main    650 843-5000
Fax     650 857-0663

www.cooley.com

MICHELLE S. RHYU, Ph.D.
(650) 843-5505
rhyums@cooley.com

Broomfield, CO
720 566-4000

Reston, VA
703 456-8000

San Diego, CA
858 550-6000

San Francisco, CA
415 693-2000

Washington, DC
202 842-7800

March 20, 2006

VIA MESSENGER

Hon. Jeffrey S. White
United States District Court
Northern District of California,
San Francisco Division
450 Golden Gate Avenue
San Francisco, CA   94102

Re:   *LA Biomed v. White (Case No. C04-2201)*

Dear Judge White:

LA Biomed herein provides discovery responses it intends to read into the record tomorrow, Tuesday. These portions were disclosed to White's counsel on March 10, 2006 in accordance with Your Honor's March 6, 2006 order. White's counsel responded on March 11, 2006, indicating they had no objections to the portions of discovery indicated below:

(1) White's Second Supplemental Responses to L.A. Biomed's Second Set of Interrogatories: Page 6, lines 26-27 and page 17, lines 18-21.

(2) White's First Supplemental Responses to L.A. Biomed's First Set of Requests for Admission (Nos. 26, 27, and 28): Page 3, lines 7-16.

Respectfully submitted,

Cooley Godward LLP

Michelle S. Rhyu

Enclosures

cc:   Ann Mace, Esq.

SIDLEY AUSTIN BROWN & WOOD LLP
Russell L. Johnson (SBN 053833) (rljohnson@sidley.com)
Matthew T. Powers (SBN 124493) (mpowers@sidley.com)
555 California St., Suite 5000
San Francisco, CA 94104-1715
Telephone: (415) 772-1200
Facsimile: (415) 397-4621

SIDLEY AUSTIN BROWN & WOOD LLP
David T. Pritikin (*Pro Hac Vice*) (dpritikin@sidley.com)
Hugh A. Abrams (*Pro Hac Vice*) (habrams@sidley.com)
Lisa A. Schneider (*Pro Hac Vice*) (lschneider@sidley.com)
10 S. Dearborn St.
Chicago, IL 60603
Telephone: (312) 853-7000
Facsimile: (312) 853-7036

Attorneys for Defendant
Dr. Geoffrey H. White

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DR. GEOFFREY H. WHITE <br><br> Defendant. | Civil Action No. C 04-2201 JSW <br><br> **DEFENDANT'S SECOND SUPPLEMENTAL RESPONSES TO L.A. BIOMED'S SECOND SET OF INTERROGATORIES TO WHITE** |
| LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER, <br><br> Third-Party Intervenor and Plaintiff, <br><br> vs. <br><br> GEOFFREY WHITE, <br><br> Defendant. | |

U.S.D.C., N.D. Cal.
TRIAL EXHIBIT 97
Case # C-04-2201 JSW
Date Entered: _____
By: _____
Deputy Clerk

1  ~~graft in the form of metal or plastic (p. 3, EDW7562); (7) a funnel-shaped rim of PTFE, with~~
2  metal reinforcements, that could be driven into the arterial wall to anchor the graft in place and
3  create a smooth transition zone (p. 3, EDW7562); (8) additional placement or deployment
4  devices (p. 3, EDW7562) -- this is the initial conception of what would become the deployment
5  device necessary to implant the GAD device; (9) a graft with metallic or plastic pins to anchor
6  the graft at each end, with multiple lengths available (p. 4, EDW7563) -- this is part of the initial
7  conception of GAD devices with supports in the graft that would be in multiple lengths, or
8  modular forms, for overlapping; (10) more placement devices (p. 4, 5, EDW7563-64); (11) a
9  balloon design for expansion of the graft and anchoring the graft (p. 6, 7, EDW7565-66); (11)
10 evaluation of issues relating to potential complications with the implantation of these devices (p.
11 8, 9, 10, EDW7567-69); (12) proposed techniques for insertion and deployment of these devices,
12 and retraction of balloon without disturbing the implanted graft (p. 11, 12, EDW7570-71) --
13 these techniques include discussion of multiple insertions and deployments and adjustable
14 lengths, which is part of the initial conception of overlapping more than one device, or modular
15 devices. These concepts are discussed at the various White depositions (See, e.g., White Dep.,
16 6/4/04, p. 39-55, which provides more detail about these concepts). Based on the above, Dr.
17 White's conception of the above-described features in an intravascular graft occurred no later
18 than April 1991.
19        White discussed these ideas with Dr. Eric Wilson, in confidence, in the United
20 States in April 1991 (Wilson Dep., p. 65-69;. White Dep., 01/10/05, p. 190-93). The sketches and
21 notes were made either shortly before or shortly after his meeting with Dr. Wilson. Dr. Wilson
22 also visited Dr. White in Sydney, Australia, in 1991, during which time they discussed some of
23 Dr. White's ideas relating to endovascular grafts (Wilson Dep., p. 83). Dr. Wilson's testimony
24 corroborates Dr. White's conception of these features in an intravascular graft no later than April
25 1991.
26        In July or August 1991, Dr. White started his collaboration with Dr. Yu on the
27 development of intravascular devices for treatment of aneurysms. ~~Both Dr. Yu and Dr. Stephen~~

1  ~~overlapping technique, as corroborated by the testimony of Dr. Stephen. Models demonstrating~~
2  performance of the trombone technique are shown in the *Asian Journal* article at page 39 (Fig.
3  3), and the "Early Experience" article, p. 242 (Fig. 3). A graphical depiction of the trombone
4  technique is found at EDW44364-76. A photographic record of the deployment of the GAD
5  device on the bench-top in Sydney in the artificially created aneurysm is found at EDW44444-
6  54. A slide showing the existence of an endoleak from an improperly sealed graft, which would
7  require a second overlapped graft, is shown in EDW45007.

8  Additional work and additional procedures were attempted during the remainder
9  of 1992, prior to the visit to LA Biomed. Also prior to the visit to LA Biomed, Dr. White sent
10 his proposal to LA Biomed for further work involving his ring and "z-stent" devices. Drawings
11 of the devices, which were developed *and built* prior to their arrival at LA Biomed, are found in
12 the papers of Dr. Yu. Dr. White notes that LA Biomed's Complaint makes no claim to the work
13 or ideas of Dr. Yu, and notes that Dr. Yu was responsible for design and construction of the
14 detailed structure of the GAD devices that were used.

15 Also prior to his arrival at LA Biomed, Dr. White had a number of telephone
16 discussions and letter exchanges with Dr. Eric Wilson, as well as personal meetings in early
17 ~~December 1992, at which time they discussed modular devices and the trombone concept~~
18 ~~(Wilson Dep., p. 72-74; 89-90)~~. At a dinner with Eric Wilson in Hermosa Beach, on December
19 22, 1992, Dr. White discussed the details of the development of the GAD device in Australia,
20 including the structure of the device, the concept of overlapping of devices, and overlapping of
21 devices to enable modular construction of a bifurcated device.

22 ~~With regard to his bench-top testing at LA Biomed, Dr. White's defense is based~~
23 on the lack of proof that any of the features described and claimed in the '458 patent or the '073
24 patent were conceived or reduced to practice at LA Biomed. Indeed, all of the features described
25 in the patents, were developed and tested in Sydney prior to his arrival at LA Biomed, as
26 described above. (See, for example, Yu Dep., 06/04/04, p. 79-81, 93-94). As described in
27 ~~numerous documents, including articles, notes, and diary entries, as detailed above, GAD~~
28

1  Dated: September 6, 2005                By:     _____/s/ Hugh Abrams_____
2                                                  Attorneys for Defendant
                                                    Dr. Geoffrey H. White
3

4  SIDLEY AUSTIN BROWN & WOOD, LLP
   Russell L. Johnson
5  Matthew T. Powers
   555 California St., Suite 5000
6  San Francisco, CA 94104-1715
   Telephone: (415) 772-1200
7  Facsimile: (415) 397-4621

8  David T. Pritikin
   Hugh A. Abrams
9  Lisa A. Schneider
   10 S. Dearborn St.
10 Chicago, IL 60603
   Telephone: (312) 853-7000
11 Facsimile: (312) 853-7036

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| 1 | SIDLEY AUSTIN BROWN & WOOD LLP |
| | Russell L. Johnson (SBN 53833) (rljohnson@sidley.com) |
| 2 | Matthew T. Powers (SBN 124493)(mpowers@sidley.com) |
| | 555 California Street, 20th Floor |
| 3 | San Francisco, CA  94104 |
| | Telephone:  (415) 772-1200 |
| 4 | Facsimile:   (415) 397-4621 |
| 5 | SIDLEY AUSTIN BROWN & WOOD LLP |
| | David T. Pritikin (*Pro Hac Vice*) (dpritikin@sidley.com) |
| 6 | Hugh A. Abrams (*Pro Hac Vice*) (habrams@sidley.com) |
| | Lisa A. Schneider (*Pro Hac Vice*) (lschneider@sidley.com) |
| 7 | 10 South Dearborn Street |
| | Chicago, IL  60603 |
| 8 | Telephone:   (312) 853-7000 |
| | Facsimile:   (312) 853-7036 |
| 9 | |
| | Attorneys for Defendant |
| 10 | DR. GEOFFREY H. WHITE |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| MEDTRONIC, INC., | ) | Civil Action No. C 04-2201 JSW |
| Plaintiff, | ) | |
| | ) | **VERIFICATION OF DEFENDANT'S SECOND SUPPLEMENTAL RESPONSES TO LA BIOMED'S SECOND SET OF INTERROGATORIES TO WHITE** |
| vs. | ) | |
| DR. GEOFFREY H. WHITE, | ) | |
| Defendant. | ) | |
| | ) | |
| LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER, | ) | |
| Third-Party Intervenor and Plaintiff, | ) | |
| vs. | ) | |
| GEOFFREY WHITE, | ) | |
| Defendant. | ) | |

Civil Action No. C 04-2201 JSW
VERIFICATION OF DEFENDANT'S SECOND SUPPLEMENTAL RESPONSES TO LA BIOMED'S SECOND SET OF INTERROGATORIES TO WHITE

I, Dr. Geoffrey White, do hereby declare and state:

1. I am the defendant in the matter *Medtronic, Inc. v. Geoffrey White*.

2. I have read Defendant's Second Supplemental Responses to LA Biomed's Second Set of Interrogatories to White and the responses made therein are true, correct and complete to the best of my knowledge.

Dated this 8th day of NOVEMBER, 2005, at Birchgrove, New South Wales, Australia.

_____
Dr. Geoffrey White

Civil Action No. C 04-2201 JSW                                                                                                           1
VERIFICATION OF DEFENDANT'S SECOND SUPPLEMENTAL RESPONSES TO LA BIOMED'S SECOND SET OF INTERROGATORIES TO WHITE
CH1 3360621v.1

1  SIDLEY AUSTIN BROWN & WOOD LLP
   Russell L. Johnson (SBN 053833) (rljohnson@sidley.com)
2  Matthew T. Powers (SBN 124493) (mpowers@sidley.com)
   555 California St., Suite 5000
3  San Francisco, CA 94104-1715
   Telephone: (415) 772-1200
4  Facsimile: (415) 397-4621

5  SIDLEY AUSTIN BROWN & WOOD LLP
   David T. Pritikin (*Pro Hac Vice*) (dpritikin@sidley.com)
6  Hugh A. Abrams (*Pro Hac Vice*) (habrams@sidley.com)
   Lisa A. Schneider (*Pro Hac Vice*) (lschneider@sidley.com)
7  10 S. Dearborn St.
   Chicago, IL 60603
8  Telephone: (312) 853-7000
   Facsimile: (312) 853-7036
9
   Attorneys for Defendant
10 Dr. Geoffrey H. White

11                     UNITED STATES DISTRICT COURT
12                    NORTHERN DISTRICT OF CALIFORNIA
13                         SAN FRANCISCO DIVISION

14 
15 MEDTRONIC, INC.,
16         Plaintiff,
                                        Civil Action No. C 04-2201 JSW
17    vs.
                                        **DEFENDANT'S FIRST
18 DR. GEOFFREY H. WHITE,               SUPPLEMENTAL RESPONSES TO
                                        L.A. BIOMED'S FIRST SET OF
19         Defendant.                   REQUESTS FOR ADMISSION TO
                                        WHITE (NOS. 26, 27, 28)**
20 LOS ANGELES BIOMEDICAL RESEARCH
   INSTITUTE AT HARBOR-UCLA MEDICAL
21 CENTER,
22         Third-Party Intervenor and
           Plaintiff,
23
      vs.
24
   GEOFFREY WHITE,
25
           Defendant.
26

27

28 DEFENDANT'S FIRST SUPPLEMENTAL RESPONSES TO L.A. BIOMED'S FIRST SET OF REQUESTS FOR ADMISSION TO WHITE (NOS. 26, 27, 28)
   CASE NO. C 04-2201 JSW

1  ~~and Ms. Eastwood: (a) problems associated with kinking of the graft, and (b) problems with~~

2  extension/longitudinal movement of the graft; (2) Whether the bench top testing involving

3  overlapping GAD-graft devices constitutes reduction to practice at LA Biomed."

4        3.    Dr. White objects to the interrogatories to the extent that they are unduly

5  burdensome or overbroad.

6  ~~SUPPLEMENTAL RESPONSES~~

7  **REQUEST FOR ADMISSION NO. 26**:

8  Prior to September 30, 1993, White disclosed the work he did on overlapping

9  grafts while at L.A. Biomed to one or more individuals employed by L.A. Biomed.

10  **SUPPLEMENTAL RESPONSE TO REQUEST FOR ADMISSION NO. 26**:

11  White objects to this request to the extent it seeks an admission with regard to

12  anything other than the overlapping of grafts on the bench-top described in Paragraph 9 of the

13  February 2000 Declaration. White's response will be limited to the overlapping of grafts on the

14  bench-top as described in Paragraph 9 of the February 2000 Declaration.

15  Denied in the form stated. Denied that White disclosed the overlapping of grafts

16  on the bench-top to one or more individuals employed by LA Biomed. ~~Admitted that White~~

17  ~~disclosed to Arthur Zwoben, Dr. Rodney White and Dr. Martin Back, among others, at L.A.~~

18  Biomed, that White intended to file a patent application on his GAD graft design.

19  **REQUEST FOR ADMISSION NO. 27**:

20  Prior to September 30, 1993, White did not disclose the work he did on

21  overlapping grafts while at L.A. Biomed to one or more individuals employed by L.A. Biomed.

22  **RESPONSE TO REQUEST FOR ADMISSION NO. 27**:

23  White objects to this request to the extent it seeks an admission with regard to

24  anything other than the overlapping of grafts on the bench-top described in Paragraph 9 of the

25  February 2000 Declaration. White's response will be limited to the overlapping of grafts on the

26  ~~bench-top as described in Paragraph 9 of the February 2000 Declaration.~~

27

28

3

DEFENDANT'S FIRST SUPPLEMENTAL RESPONSES TO L.A. BIOMED'S FIRST SET OF REQUESTS FOR ADMISSION TO WHITE (NOS. 26, 27, 28)
CASE NO. C 04-2201 JSW

1 | ~~Denied in the form stated. Denied that White disclosed the overlapping of grafts~~
2 | on the bench-top to one or more individuals employed by LA Biomed. Admitted that White
3 | disclosed to Arthur Zweben, Dr. Rodney White and Dr. Martin Back, among others, at L.A.
4 | Biomed, that White intended to file a patent application on his GAD graft design.

**REQUEST FOR ADMISSION NO. 28**:

Prior to the start of this litigation, White never sent a copy of Patents-in-Suit to L.A. Biomed.

**RESPONSE TO REQUEST FOR ADMISSION NO. 28**:

White objects to this request to the extent it seeks an admission with regard to anything other than the overlapping of grafts on the bench-top described in Paragraph 9 of the February 2000 Declaration. White's response will be limited to the overlapping of grafts on the bench-top as described in Paragraph 9 of the February 2000 Declaration.

Denied in the form stated. Admitted that White disclosed to Arthur Zweben, Dr. Rodney White and Dr. Martin Back, among others, at L.A. Biomed, that White intended to file a patent application on his GAD graft design. Admitted that White did not physically send copies of either the '458 or the '073 patent to Arthur Zweben or Dr. Rodney White at LA Biomed prior ~~to the start of this litigation.~~

Dated: September 6, 2005         By: *Hugh Amann*
                                      Attorneys for Defendant
                                      Dr. Geoffrey H. White

SIDLEY AUSTIN BROWN & WOOD, LLP
Russell L. Johnson
Matthew T. Powers
555 California St., Suite 5000
San Francisco, CA 94104-1715
Telephone: (415) 772-1200
Facsimile: (415) 397-4621