IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC.,

    Plaintiff,

v.

DR. GEOFFREY WHITE,

    Defendant.
_____/

LA BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,

    Third-Party Intervenor and Plaintiff,

v.

GEOFFREY WHITE,

    Defendant.
_____/

No. C 04-02201 JSW

**SCHEDULING ORDER**

    The Court issues this Scheduling Order to assist the parties in final pretrial preparation. This Order does not alter any deadlines previously set with regard to the parties' written submissions on jury instructions and Dr. White's motion for judgment as a matter of law.

    On Wednesday, March 22, 2006, the parties are HEREBY ORDERED to appear at 8:15 a.m., when the Court shall issue its ruling on L.A. Biomed's Motion to Remove Limiting Instruction re Animal Studies and Reduction to Practice.

After the parties have submitted all evidence to the jury, the Court will excuse the jury until Monday, March 27, 2006 at 8:30 a.m. At that time, the jury will be instructed and the parties will present their closing arguments.

Once the jury has been excused, the Court shall entertain any final housekeeping issues and shall hear from the parties as to whether there are any additional legal issues to be addressed. The parties then shall be excused for the day and shall return at 8:30 a.m. on Thursday, March 23, 2006, at which time the Court will hear legal argument on (1) any remaining disputed final instructions, and (2) Dr. White's motion for judgment as a matter of law. Finally, the parties shall be prepared to appear during the Court's normal law and motion calendar on Friday, March 24, 2006, at which time the Court shall issue its rulings on the jury instructions and the motion for judgment as a matter of law.

**IT IS SO ORDERED.**

Dated: March 21, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

2