IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC.,

    Plaintiff,

v.

DR. GEOFFREY WHITE,

    Defendant.
_____/

LA BIOMEDICAL RESEARCH INSTITUTE
AT HARBOR-UCLA MEDICAL CENTER,

    Third-Party Intervenor and Plaintiff,

v.

GEOFFREY WHITE,

    Defendant.
_____/

No. C 04-02201 JSW

**COURT'S PROPOSED VERDICT FORM**

## L.A. BIOMED'S CLAIM FOR BREACH OF CONTRACT

Question 1:    Has L.A. Biomed proved that the Patent and Copyright Agreement existed between it and Dr. White during all relevant times?

    Yes _____        No _____

*If your answer to question 1 is "No", stop here, sign and date the verdict form and return it to my Courtroom Deputy. If your answer is "Yes," continue to question 2.*

Question 2:   Has L.A. Biomed proved that Dr. White conceived the overlapping GAD-graft device during the course of his utilization of any L.A. Biomed research facilities?

Yes _____   No _____

*Please proceed to question 3.*

Question 3:   Has L.A. Biomed proved that Dr. White reduced to practice the overlapping GAD-graft device during the course of his utilization of any L.A. Biomed research facilities?

Yes _____   No _____

*If your answers to questions 2 and 3 are "No," stop here, sign and date the verdict form and return it to my Courtroom Deputy. If you answered "Yes" to either question 2 or question 3, please continue to question 4.*

Question 4:   Has L.A. Biomed proved that the overlapping GAD-graft device is a possibly patentable device under the Patent and Copyright Agreement?

Yes _____   No _____

*If your answer to question 4 is "No," stop here, sign and date the verdict form and return it to my Courtroom Deputy. If your answer is "Yes," continue to question 5.*

Question 5:   Has L.A. Biomed proved that it did all or substantially all of the things it was required to do under the Patent and Copyright Agreement or that it was excused from doing so?

Yes _____   No _____

*If your answer to question 5 is "No," stop here, sign and date the verdict form and return it to my Courtroom Deputy. If your answer is "Yes," continue to question 6.*

Question 6:   Has L.A. Biomed proved that Dr. White failed to do something that the Patent and Copyright Agreement required him to do?

Yes _____   No _____

*If your answer to question 6 is "No," stop here, sign and date the verdict form and return it to my Courtroom Deputy. If your answer is "Yes," continue to question 7.*

Question 7:   Has L.A. Biomed proved that Dr. White was harmed by any failure by Dr. White to do something the Patent and Copyright Agreement required him to do?

Yes _____   No _____

*If your answer to question 7 is "No," stop here, sign and date the verdict form and return it to my Courtroom Deputy. If your answer is "Yes," continue to question 8.*

### DR. WHITE'S AFFIRMATIVE DEFENSES

Question 8:   Has Dr. White proved his affirmative defense that the statute of limitations bars L.A. Biomed's claim?

Yes _____   No _____

*If your answer to question 8, is "No," proceed to question 10. If your answer is "Yes," proceed to question 9.*

Question 9:   Has L.A. Biomed proved the time and manner of its discovery of its claim against Dr. White and its inability to have made earlier discovery of that claim against Dr. White despite reasonable diligence?

Yes _____   No _____

*If your answer to Question 9 is "Yes," proceed to question 10. If your answer is "No," stop here, sign and date the verdict form and return it to my Courtroom Deputy.*

Question 10:   Has Dr. White proved that L.A. Biomed knew Dr. White was required to fulfill any obligations he had to L.A. Biomed under the Patent and Copyright Agreement; and that L.A. Biomed freely and knowingly gave up its right to have Dr. White perform any such obligations.

Yes _____   No _____

**SO SAY WE ALL,**

Dated:                                                       _____
                                                             FOREPERSON

Dated: March 24, 2006                              *[signature: Jeffrey S. White]*

**Judge Jeffrey S. White**
**United States District Court Judge**