# Cooley Godward LLP

ATTORNEYS AT LAW

101 California Street
5th Floor
San Francisco, CA
94111-5800
Main       415 693-2000
Fax         415 693-2222

www.cooley.com

GORDON C. ATKINSON
(415) 693-2088
atkinsongc@cooley.com

Broomfield, CO
720 566-4000

Palo Alto, CA
650 843-5000

Reston, VA
703 456-8000

San Diego, CA
858 550-6000

Washington, DC
202 842-7800

March 24, 2006

**VIA E-FILE AND HAND DELIVERY**

The Honorable Jeffrey S. White
United States District Court
Northern District of California
450 Golden Gate Avenue
Courtroom 2, 17th Floor
San Francisco, CA  94102

Re:   Los Angeles Biomedical Research Institute at Harbor-UCLA
      Medical Center v. Dr. Geoffrey White, Case No. C 04-02201 JSW

Dear Judge White:

LA Biomed has received and reviewed the Court's Proposed Verdict Form and has the following comments:

- Question 7 (page 3:1) has a typographical error.  It should read:  "Has LA Biomed proved that **LA Biomed** was harmed by any failure by Dr. White . . . ."

- Questions 8 and 9 omit the date at issue in evaluating this defense.  Furthermore, Question 8 refers to proof of the entire affirmative defense, when Dr. White's burden applies to proof that the last essential element to LA Biomed's cause of action occurred more than four years before commencement of suit.  According to the agreement during yesterday's conference that November 18, 2000 is the critical date (*see* Tr. at 1186:21-1187:25), LA Biomed proposes the following revisions.

  - Question 8 (page 3:7-8):  "Has Dr. White proved that the last essential element to LA Biomed's cause of action occurred prior to November 18, 2000?"

  - Question 9 (page 3:12-14):  "Has L.A. Biomed proved its inability to have made discovery of its claim against Dr. White prior to November 18, 2000, despite reasonable diligence?"

Cooley Godward LLP

The Honorable Jeffrey S. White
March 24, 2006
Page Two

- Without these revisions, the jury may erroneously check "YES" to question 9, if they found that LA Biomed should have discovered its claim in June 2003, when the first patent issued. Such a result would be legally unsupported and is inconsistent with understandings reached at the March 23 hearing on jury instructions.

Respectfully submitted,

Cooley Godward LLP

/s/

Gordon C. Atkinson

GCA:tez

cc:     Hugh A. Abrams, Esq.

988602 v1/SF