UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,<br><br>  Third-Party Intervenor and Plaintiff,<br><br>  v.<br><br>GEOFFREY WHITE,<br><br>  Defendant. | Case No. C-04-2201 JSW<br><br>[~~PROPOSED~~] ORDER GRANTING LA BIOMED'S ADMINISTRATIVE REQUEST TO FILE A BRIEF IN EXCESS OF 15 PAGES |

The Court has reviewed the submissions relating to LA Biomed's administrative request to file an over-sized brief.  Good cause appearing therefor, and no opposition having been filed,

IT IS HEREBY ORDERED that:

LA Biomed is allowed to submit its renewed motion for judgment as a matter of law or, alternatively, for a new trial together with memorandum of points and authorities in a filing not exceeding 25 pages, exclusive of title pages, indices of cases, table of contents, exhibits, and summary of argument.  Dr. White is given leave to file an opposition brief of 25 pages.  L.A. Biomed's reply, however, shall not exceed ten pages.  There shall be no further leave given for excess pages.

**IT IS SO ORDERED.**

Dated: April 18, 2006

*Jeffrey S. White*
HONORABLE JEFFREY S. WHITE
United States District Court Judge

COOLEY GODWARD LLP
ATTORNEYS AT LAW
PALO ALTO

724754 v1/PA

1.

[~~PROPOSED~~] ORDER GRANTING
LA BIOMED'S ADMIN. REQ.
C-04-2201-JSW