COOLEY GODWARD LLP
GORDON C. ATKINSON (122401)
atkinsongc@cooley.com
LINDA F. CALLISON (167785)
lcallison@cooley.com
MICHELLE S. RHYU (212922)
mrhyu@cooley.com
BENJAMIN G. DAMSTEDT (230311)
bdamstedt@cooley.com
Five Palo Alto Square
3000 El Camino Real
Palo Alto, CA 94306-2155
Telephone:     (650) 843-5000
Facsimile:      (650) 857-0663

*Attorneys for* Los Angeles Biomedical Research
Institute at Harbor-UCLA Medical Center

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MEDTRONIC, INC.,<br><br>    Plaintiff,<br>    v.<br>GEOFFREY WHITE,<br>    Defendant. | Case No. C-04-2201 JSW<br><br>**JOINT STIPULATION AND [P̶r̶o̶p̶o̶s̶e̶d̶]<br>ORDER TO CONTINUE HEARING DATE<br>AND CHANGE BRIEFING SCHEDULE**<br><br>Judge: Hon. Jeffrey S. White |
| LOS ANGELES BIOMEDICAL<br>RESEARCH INSTITUTE AT HARBOR-<br>UCLA MEDICAL CENTER,<br><br>    Third-Party Intervenor and<br>    Plaintiff,<br>    v.<br>GEOFFREY WHITE,<br>    Defendant. | |

By and through their counsel of record, plaintiff Los Angeles Biomedical Research Institute at Harbor-UCLA Medical Center ("LA Biomed") and defendant Dr. Geoffrey White hereby stipulate to continue the hearing and modify the briefing schedule on LA Biomed's Renewed Motion for Judgment as a Matter of Law or, Alternatively, for a New Trial or

Amendment of the Judgment ("LA Biomed's Motion").  This stipulation is based upon the following recitals:

WHEREAS, LA Biomed filed its Motion on April 12, 2006, and noticed the hearing for May 26, 2006, at 9:00 a.m.

WHEREAS, Dr. White's opposition brief is currently due on May 5, 2006, and LA Biomed's reply brief is due on May 12, 2006.

WHEREAS, counsel for Dr. White has a scheduling conflict with the currently scheduled hearing date.

NOW, THEREFORE, the parties, by and through their respective counsel of record, jointly propose and stipulate to the following modifications to the hearing and briefing schedule on LA Biomed's Motion:

1. Dr. White's opposition brief is due May 12, 2006.

2. LA Biomed's reply brief is due May 26, 2006.

3. The hearing on LA Biomed's Motion is scheduled for June 9, 2006, at 9:00 a.m.

Dated: April 24, 2006

Respectfully submitted,

COOLEY GODWARD LLP

By   /s/
     Michelle S. Rhyu

Attorneys for Los Angeles Biomedical Institute at Harbor-UCLA Medical Center

SIDLEY AUSTIN BROWN & WOOD LLP

By   /s/
     Hugh Abrams

Attorneys for Dr. Geoffrey White

*Filer's Attestation: Michelle S. Rhyu hereby attests that concurrence in the filing of this document has been obtained.*

# [PROPOSED] ORDER

The hearing and briefing schedule on LA Biomed's Renewed Motion for Judgment as a Matter of Law or, Alternatively, for a New Trial or Amendment of the Judgment is modified to reflect the following:

1. Dr. White's opposition brief is due May 12, 2006.

2. LA Biomed's reply brief is due May 26, 2006.

3. The hearing on LA Biomed's Motion is scheduled for June 9, 2006, at 9:00 a.m.

**IT IS SO ORDERED.**

Dated: April 24, 2006

_____
HONORABLE JEFFREY S. WHITE
United States District Court Judge

725532 /PA