IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MEDTRONIC, INC.

    Plaintiff,

v.

DR. GEOFFREY WHITE,

    Defendant.
_____/

LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,

    Third-Party Intervenor and Plaintiff,

v.

GEOFFREY WHITE,

    Defendant.
_____/

No. C 04-02201 JSW

**ORDER DIRECTING CLERK TO REOPEN MATTER AND SETTING CASE MANAGEMENT CONFERENCE**

On May 27, 2008, the Court received the mandate from the United States Court of Appeals for the Ninth Circuit, reversing and remanding this case for trial. Accordingly, the Clerk is directed to reopen this matter. The parties are HEREBY ORDERED to appear for a case management conference on **July 11, 2008 at 1:30 p.m.** A case management statement

//

//

//

1  shall be due by no later than June 30, 2008.

2  **IT IS SO ORDERED.**

3  Dated: May 28, 2008

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

**United States District Court**
For the Northern District of California

2