IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,<br><br>    Plaintiff,<br><br>  v.<br><br>DR. GEOFFREY WHITE,<br><br>    Defendant.<br> _____ / | No. C 04-02201 JSW<br><br>**ORDER STAYING CASE** |

The Court has considered the parties' positions, as set forth in their respective case management statements as to how this matter should proceed. In its Complaint, Los Angeles Biomedical Research Institute at Harbor-UCLA Medical Center ("LA Biomed") seeks "a declaration that Dr. White conceived and/or reduced to practice one or more of his claimed inventions while using REI's laboratory and testing facilities and that REI has an ownership interest in such inventions." (*See* Docket No. 42 (LA Biomed Compl. ¶ 22.)

The Court concludes that it will materially advance this litigation to have a final determination on the proper construction of the claims of the patents that form the basis of the contractual dispute in this case. Accordingly, the Court concludes that a stay of these proceedings in favor of the proceedings in the related case, *Edwards Lifesciences, LLC, et al. v. Cook Incorporated, et al.*, 03-CV-3817-JSW, is warranted. *See, e.g., Levya v. Certified Grocers of Calif.*, 593 F.2d 857, 863-64 (9th Cir. 1979).

The Court FURTHER ORDERS that the parties shall submit joint status reports every 180 days. In addition, in the event that either party concludes that additional discovery is necessary in light of the Ninth Circuit's opinion, or that discovery is necessary in order to preserve evidence for a future trial, or that circumstances have changed, they may file a motion with the Court asking for the stay to be lifted either in full or in part.

**IT IS SO ORDERED.**

Dated: July 22, 2008

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE