| | |
|---|---|
| COOLEY GODWARD KRONISH LLP<br>GORDON C. ATKINSON (SBN 122401)<br>atkinsongc@cooley.com<br>LINDA CALLISON (SBN 167785)<br>callisonlf@cooley.com<br>MICHELLE RHYU (SBN 212922)<br>rhyums@cooley.com<br>Five Palo Alto Square<br>3000 El Camino Real<br>Palo Alto, CA 94306-2155<br>Telephone:   (650) 843-5000<br>Facsimile:   (650) 857-0663<br><br>Attorneys for Plaintiff Los Angeles<br>Biomedical Research Institute at Harbor-<br>UCLA Medical Center | SIDLEY AUSTIN LLP<br>STEPHEN C. CARLSON (*Pro Hac Vice*)<br>scarlson@sidley.com<br>HUGH A. ABRAMS (*Pro Hac Vice*)<br>habrams@sidley.com<br>One South Dearborn Street<br>Chicago, IL  60603<br>Telephone:   (312) 853-7000<br>Facsimile:   (312) 853-7036<br><br>SIDLEY AUSTIN LLP<br>RUSSELL L. JOHNSON (SBN 53833)<br>rljohnson@sidley.com<br>MATTHEW T. POWERS (SBN 124493)<br>mpowers@sidley.com<br>555 California Street, 20th Floor<br>San Francisco, CA  94104<br>Telephone:   (415) 772-1200<br>Facsimile:   (415) 397-4621<br><br>Attorneys for Defendant<br>Dr. Geoffrey H. White |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,<br><br>            Plaintiff,<br><br>    v.<br><br>DR. GEOFFREY H. WHITE,<br><br>            Defendant. | Case No.  C-04-2201 JSW<br><br>~~[PROPOSED]~~ ORDER TO AMEND CAPTION<br><br>Judge: Hon. Jeffrey S. White |

777002 v1/PA

~~[PROPOSED]~~ ORDER TO AMEND CAPTION
CASE NO. C 04-2201 JSW

1  Having reviewed the parties' Joint Stipulated Motion to Amend Caption, and for good
2  cause shown, it is hereby ORDERED that the caption of this matter shall be amended as set forth
3  above.
4  IT IS SO ORDERED.
5  Dated: August 5, 2008

_____
Jeffrey S. White
United States District Court Judge