IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR UCLA MEDICAL CENTER., <br><br> Plaintiff, <br><br> v. <br><br> GEOFFREY WHITE, <br><br> Defendant. | No. C 04-02201 JSW <br><br> **ORDER SETTING STATUS CONFERENCE** |

This matter has been stayed in favor of the proceedings in *Edwards Lifesciences, LLC, et al. v. Cook Incorporated, et al.*, 03-CV-3817-JSW (the "*Edwards* litigation"). On September 22, 2009, the Federal Circuit entered judgment in favor of Defendants Cook Incorporated and W.L. Gore & Associates in the *Edwards* litigation. Although the Federal Circuit has not yet issued the mandate, by the Court's calculation the time for filing a petition for rehearing has now passed. Accordingly, the Court HEREBY ORDERS that the stay in this matter is lifted, and the matter shall be set down for a status conference on December 11, 2009 at 1:30 p.m. The parties shall file a joint status report by no later than December 4, 2009.

**IT IS SO ORDERED.**

Dated: October 19, 2009

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE