IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR UCLA MEDICAL CENTER., <br><br> Plaintiff, <br><br> v. <br><br> GEOFFREY WHITE, <br><br> Defendant. | No. C 04-02201 JSW <br><br> **ORDER CONTINUING STATUS CONFERENCE** |

The Court has received the parties' Joint Status Report. Having reviewed the Report, the Court HEREBY ORDERS the parties to participate in a mediation session by no later than April 30, 2010. It is HEREBY ORDERED this matter shall be set for a further status conference on June 4, 2010 at 1:30 p.m. A further Joint Status Report shall be due by no later than May 28, 2010. If the parties are unable to resolve this matter at mediation, before the parties submit the further Joint Status Report, they shall meet and confer *in person* regarding the manner in which this case shall proceed. If either party believes additional discovery is necessary, that party shall identify with specificity the discovery to be sought and the necessity for such discovery. Similarly, if either party believes further motion practice is required, that party must identify with specificity the nature of any such motion or motions and the necessity for such motions.

**IT IS SO ORDERED.**

Dated: February 9, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE