IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR UCLA MEDICAL CENTER,<br><br>            Plaintiff,<br><br>    v.<br><br>GEOFFREY WHITE,<br><br>            Defendant. | No. C 04-02201 JSW<br><br>**ORDER RENEWING**<br>**DISCOVERY REFERRAL ORDER** |

Pursuant to Local Rule 72-1, and this Court's previous referral orders, this matter is HEREBY REFERRED to Magistrate Judge Spero for the resolution of all discovery disputes. If the parties are unable to resolve this matter at mediation, they shall present the disputes outlined in their Joint Case Management Conference Statement to Magistrate Judge Spero in accordance with his rules regarding discovery disputes.

**IT IS SO ORDERED.**

Dated: June 9, 2010

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

cc:    Magistrate Judge Referral Clerk