| | |
|---|---|
| COOLEY LLP<br>GORDON C. ATKINSON (SBN 122401)<br>atkinsongc@cooley.com<br>BENJAMIN G. DAMSTEDT (SBN 230311)<br>bdamstedt@cooley.com<br>COOLEY LLP<br>101 California Street<br>San Francisco, CA 94111<br>Telephone:  (415) 693-2088<br>Facsimile:   (415) 693-2222<br><br>Attorneys for Plaintiff Los Angeles<br>Biomedical Research Institute at Harbor-<br>UCLA Medical Center | SIDLEY AUSTIN LLP<br>STEPHEN C. CARLSON (*Pro Hac Vice*)<br>scarlson@sidley.com<br>HUGH A. ABRAMS (*Pro Hac Vice*)<br>habrams@sidley.com<br>One South Dearborn Street<br>Chicago, IL  60603<br>Telephone:  (312) 853-7000<br>Facsimile:   (312) 853-7036<br><br>SIDLEY AUSTIN LLP<br>RUSSELL L. JOHNSON (SBN 53833)<br>rljohnson@sidley.com<br>555 California Street, 20th Floor<br>San Francisco, CA  94104<br>Telephone:  (415) 772-1200<br>Facsimile:   (415) 397-4621<br><br>Attorneys for Defendant<br>Dr. Geoffrey H. White |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,<br><br>       Plaintiff,<br><br>   v.<br><br>GEOFFREY WHITE,<br><br>       Defendant. | Case No.  C-04-2201 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DATES SET FORTH IN VARIOUS ORDERS FROM THIS COURT**<br><br>Judge: Hon. Jeffrey S. White |

883478 v1/HN

**JOINT STIP & [PROPOSED] ORDER EXTENDING DATES SET FORTH IN VARIOUS ORDERS FROM THIS COURT; [C-04-2201 JSW]**

*Whereas*, the parties to this case ("Parties") appeared in this Court on June 4, 2010 for a case management conference;

*Whereas*, this Court thereafter issued various minute orders with respect to discovery, summary judgment motions and a hearing regarding same;

*Whereas*, the parties continue to work towards a global settlement of this case and all related claims and believe that the previous dates should be reset at a continued case management conference to be held at a date in January 2011 unless this case has resolved before such date;

***It is hereby Stipulated and Ordered that***: All dates with respect to discovery and the filing and hearing of summary judgment motions are hereby vacated and will be reset at a continued case management conference to be held at a date in January 2011 unless this case has been fully resolved before such date.

*So Stipulated*:

Dated: September 15, 2010

/s/ Gordon C. Atkinson

GORDON C. ATKINSON (SBN 122401)
atkinsongc@cooley.com

COOLEY LLP
101 California Street
San Francisco, CA 94111
Telephone:    (415) 693-2088
Facsimile:     (415) 693-2222

Attorneys for Plaintiff Los Angeles Biomedical Research Institute at Harbor-UCLA Medical Center

////

////

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

883478 v1/HN

1.

JOINT STIP & [PROPOSED] ORDER EXTENDING
DATES SET FORTH IN VARIOUS ORDERS
FROM THIS COURT; [C-04-2201 JSW]

| | |
|---|---|
| Dated: September 15, 2010 | /s/ Hugh A. Abrams |
| | RUSSELL L. JOHNSON (SBN 53833)<br>rljohnson@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, 20th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 397-4621 |
| | STEPHEN C. CARLSON *(Pro Hac Vice)*<br>HUGH A. ABRAMS *(Pro Hac Vice)*<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036 |
| | Attorneys for Defendant<br>Dr. Geoffrey H. White |

*Filer's Attestation re signatures: Gordon C. Atkinson hereby attest that concurrence in the filing of this document has been obtained.*

IT IS SO ORDERED: All pending deadlines are vacated. If the parties have not resolved this matter by January 14, 2011, the parties shall submit a joint case management statement on that date, and they shall appear for a case management conference on January 21, 2011 at 1:30 p.m.

Dated: September 16, 2010

The Hon. Jeffrey S. White
United States District Court Judge

---

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

883478 v1/HN

2.

JOINT STIP & [PROPOSED] ORDER EXTENDING
DATES SET FORTH IN VARIOUS ORDERS
FROM THIS COURT; [C-04-2201 JSW]