COOLEY LLP
GORDON C. ATKINSON (SBN 122401)
atkinsongc@cooley.com
BENJAMIN G. DAMSTEDT (SBN 230311)
bdamstedt@cooley.com
COOLEY LLP
101 California Street
San Francisco, CA 94111
Telephone:     (415) 693-2088
Facsimile:      (415) 693-2222

Attorneys for Plaintiff Los Angeles
Biomedical Research Institute at Harbor-
UCLA Medical Center

SIDLEY AUSTIN LLP
STEPHEN C. CARLSON (*Pro Hac Vice*)
scarlson@sidley.com
HUGH A. ABRAMS (*Pro Hac Vice*)
habrams@sidley.com
One South Dearborn Street
Chicago, IL  60603
Telephone:     (312) 853-7000
Facsimile:      (312) 853-7036

SIDLEY AUSTIN LLP
RUSSELL L. JOHNSON (SBN 53833)
rljohnson@sidley.com
555 California Street, 20th Floor
San Francisco, CA  94104
Telephone:     (415) 772-1200
Facsimile:      (415) 397-4621

Attorneys for Defendant
Dr. Geoffrey H. White

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>GEOFFREY WHITE,<br><br>Defendant. | Case No.  C-04-2201 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DATES**<br><br>Judge: Hon. Jeffrey S. White |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT STIP & [PROPOSED] ORDER
EXTENDING DATES
C-04-2201 JSW

1  *Whereas*, on September 16, 2010, this Court ordered the parties to submit a case
2  management statement by January 14, 2011, and to appear for a case management conference on
3  January 21, 2011, at 1:30 pm;

4  *Whereas*, the parties have continued to work toward a global settlement of this case and
5  related claims;

6  *Whereas*, the parties have reached an agreement in principle that would result in the
7  dismissal of the above-captioned action, but the parties require more time to finalize a global
8  settlement of this case and all related claims;

9  ***It is hereby Stipulated and Ordered that***: The dates for filing a case management
10 statement and for the case management conference shall be rescheduled to dates in March 2011.

12 *So Stipulated:*

14 Dated: January 18, 2011            */s/ Gordon C. Atkinson*
                                      GORDON C. ATKINSON (SBN 122401)
15                                    atkinsongc@cooley.com

16                                    COOLEY LLP
                                      101 California Street
17                                    San Francisco, CA 94111
                                      Telephone:  (415) 693-2088
18                                    Facsimile:  (415) 693-2222

19                                    Attorneys for Plaintiff Los Angeles
                                      Biomedical Research Institute at Harbor-
20                                    UCLA Medical Center

22 //
23 //
24 //

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

JOINT STIP & [PROPOSED] ORDER
EXTENDING DATES
C-04-2201 JSW

| | |
|---|---|
| Dated: January 18, 2011 | /s/ Hugh A. Abrams |
| | RUSSELL L. JOHNSON (SBN 53833)<br>rljohnson@sidley.com<br>SIDLEY AUSTIN LLP<br>555 California Street, 20th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 397-4621 |
| | STEPHEN C. CARLSON *(Pro Hac Vice)*<br>HUGH A. ABRAMS *(Pro Hac Vice)*<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036 |
| | Attorneys for Defendant<br>Dr. Geoffrey H. White |

*Filer's Attestation re signatures: Gordon C. Atkinson hereby attests that concurrence in the filing of this document has been obtained.*

IT IS SO ORDERED: The case management conference shall be continued to March 18, 2011 at 1:30 p.m. and a joint case management statement shall be due on March 11, 2011.

Dated: January 18, 2011

_____
The. Hon. Jeffrey S. White
United States District Court Judge

910839/HN

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

JOINT STIP &[PROPOSED] ORDER
EXTENDING DATES
C-04-2201 JSW