COOLEY LLP
GORDON C. ATKINSON (SBN 122401)
atkinsongc@cooley.com
BENJAMIN G. DAMSTEDT (SBN 230311)
bdamstedt@cooley.com
COOLEY LLP
101 California Street
San Francisco, CA 94111
Telephone:    (415) 693-2088
Facsimile:    (415) 693-2222

Attorneys for Plaintiff Los Angeles
Biomedical Research Institute at Harbor-
UCLA Medical Center

SIDLEY AUSTIN LLP
STEPHEN C. CARLSON (*Pro Hac Vice*)
scarlson@sidley.com
HUGH A. ABRAMS (*Pro Hac Vice*)
habrams@sidley.com
One South Dearborn Street
Chicago, IL  60603
Telephone:    (312) 853-7000
Facsimile:    (312) 853-7036

SIDLEY AUSTIN LLP
RUSSELL L. JOHNSON (SBN 53833)
rljohnson@sidley.com
555 California Street, 20th Floor
San Francisco, CA  94104
Telephone:    (415) 772-1200
Facsimile:    (415) 397-4621

Attorneys for Defendant
Dr. Geoffrey H. White

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,<br><br>            Plaintiff,<br><br>     v.<br><br>GEOFFREY WHITE,<br><br>            Defendant. | Case No.  C-04-2201 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DATES**<br><br>Judge: Hon. Jeffrey S. White |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT STIP & [PROPOSED] ORDER
EXTENDING DATES
C-04-2201 JSW

*Whereas*, on January 18, 2011, this Court ordered the parties to submit a case management statement by March 11, 2011, and to appear for a case management conference on March 18, 2011, at 1:30 pm;

*Whereas*, the parties have continued to work toward a global settlement of this case and other claims;

*Whereas*, the parties have reached an agreement in principle that would result in the dismissal of the above-captioned action, but more time is necessary for the parties together with other parties to complete a global settlement that involves this case and other claims before the parties can agree to dismissal of this case;

*It is hereby Stipulated and Ordered that*: The dates for filing a case management statement and for the case management conference shall be rescheduled to dates in May 2011.

*So Stipulated*:

Dated: March 11, 2011  */s/ Gordon C. Atkinson*
GORDON C. ATKINSON (SBN 122401)
atkinsongc@cooley.com

COOLEY LLP
101 California Street
San Francisco, CA 94111
Telephone: (415) 693-2088
Facsimile: (415) 693-2222

Attorneys for Plaintiff Los Angeles Biomedical Research Institute at Harbor-UCLA Medical Center

//
//
//

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

JOINT STIP & [PROPOSED] ORDER
EXTENDING DATES
C-04-2201 JSW

| | |
|---|---|
| Dated: March 11, 2011 | /s/ Hugh A. Abrams |
| | RUSSELL L. JOHNSON (SBN 53833) |
| | rljohnson@sidley.com |
| | SIDLEY AUSTIN LLP |
| | 555 California Street, 20th Floor |
| | San Francisco, CA 94104 |
| | Telephone: (415) 772-1200 |
| | Facsimile: (415) 397-4621 |
| | |
| | STEPHEN C. CARLSON *(Pro Hac Vice)* |
| | HUGH A. ABRAMS *(Pro Hac Vice)* |
| | One South Dearborn Street |
| | Chicago, IL 60603 |
| | Telephone: (312) 853-7000 |
| | Facsimile: (312) 853-7036 |
| | |
| | Attorneys for Defendant |
| | Dr. Geoffrey H. White |

*Filer's Attestation re signatures: Gordon C. Atkinson hereby attests that concurrence in the filing of this document has been obtained.*

IT IS SO ORDERED:

The case management conference shall be continued from March 18, 2011 to May 13, 2011 at 1:30 p.m. The parties' joint case management statement shall be filed no later than May 6, 2011.

Dated: March 14, 2011

*/s/ Jeffrey S. White*

The Hon. Jeffrey S. White
United States District Court Judge

924344/HN

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

JOINT STIP & [PROPOSED] ORDER
EXTENDING DATES
C-04-2201 JSW