| | |
|---|---|
| COOLEY LLP<br>GORDON C. ATKINSON (SBN 122401)<br>atkinsongc@cooley.com<br>BENJAMIN G. DAMSTEDT (SBN 230311)<br>bdamstedt@cooley.com<br>COOLEY LLP<br>101 California Street<br>San Francisco, CA 94111<br>Telephone: (415) 693-2088<br>Facsimile: (415) 693-2222<br><br>Attorneys for Plaintiff Los Angeles<br>Biomedical Research Institute at Harbor-<br>UCLA Medical Center | SIDLEY AUSTIN LLP<br>STEPHEN C. CARLSON (*Pro Hac Vice*)<br>scarlson@sidley.com<br>HUGH A. ABRAMS (*Pro Hac Vice*)<br>habrams@sidley.com<br>One South Dearborn Street<br>Chicago, IL 60603<br>Telephone: (312) 853-7000<br>Facsimile: (312) 853-7036<br><br>SIDLEY AUSTIN LLP<br>RUSSELL L. JOHNSON (SBN 53833)<br>rljohnson@sidley.com<br>555 California Street, 20th Floor<br>San Francisco, CA 94104<br>Telephone: (415) 772-1200<br>Facsimile: (415) 397-4621<br><br>Attorneys for Defendant<br>Dr. Geoffrey H. White |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LOS ANGELES BIOMEDICAL RESEARCH INSTITUTE AT HARBOR-UCLA MEDICAL CENTER,<br><br>Plaintiff,<br><br>v.<br><br>GEOFFREY WHITE,<br><br>Defendant. | Case No. C-04-2201 JSW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING DATES**<br>**AS MODIFIED**<br><br>Judge: Hon. Jeffrey S. White |

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

JOINT STIP & [PROPOSED] ORDER
EXTENDING DATES
C-04-2201 JSW

1  *Whereas*, on March 14, 2011, this Court ordered the parties to submit a case management
2  statement by May 6, 2011, and to appear for a case management conference on May 13, 2011, at
3  1:30 pm;

4  *Whereas*, the parties have continued to work toward a global settlement of this case and
5  other claims;

6  *Whereas*, the parties have reached an agreement that would result in the dismissal of the
7  above-captioned action within several days after execution of the agreement;

8  *Whereas*, the parties presently expect that execution of the agreement and dismissal of
9  case will be completed by May 20, 2011;

10  *It is hereby Stipulated and Ordered that*: The date for the Case Management Conference
11  is stricken and the parties shall promptly advise the Court if the case is not expected to be
12  dismissed by May 20, 2011.

14  *So Stipulated*:

16  Dated: May 6, 2011                    */s/ Gordon C. Atkinson*
                                           GORDON C. ATKINSON (SBN 122401)
17                                         atkinsongc@cooley.com

18                                         COOLEY LLP
                                           101 California Street
19                                         San Francisco, CA 94111
                                           Telephone:   (415) 693-2088
20                                         Facsimile:   (415) 693-2222

21                                         Attorneys for Plaintiff Los Angeles
                                           Biomedical Research Institute at Harbor-
22                                         UCLA Medical Center

24  //
25  //
26  //

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

1.

JOINT STIP & [PROPOSED] ORDER
EXTENDING DATES
C-04-2201 JSW

Dated: May 6, 2011

/s/ Hugh A. Abrams

RUSSELL L. JOHNSON (SBN 53833)
rljohnson@sidley.com
SIDLEY AUSTIN LLP
555 California Street, 20th Floor
San Francisco, CA 94104
Telephone:  (415) 772-1200
Facsimile:  (415) 397-4621

STEPHEN C. CARLSON *(Pro Hac Vice)*
HUGH A. ABRAMS *(Pro Hac Vice)*
One South Dearborn Street
Chicago, IL 60603
Telephone:  (312) 853-7000
Facsimile:  (312) 853-7036

Attorneys for Defendant
Dr. Geoffrey H. White

*Filer's Attestation re signatures: Gordon C. Atkinson hereby attests that concurrence in the filing of this document has been obtained.*

~~IT IS SO ORDERED:~~  Pursuant to the parties' stipulation, it is HEREBY ORDERED that the case management conference set for May 13, 2011 is continued to July 1, 2011. A case management conference statement shall be submitted by June 24, 2011, unless a dismissal has been filed prior to that date.

Dated: ~~March __, 2011~~  May 9, 2011

*/s/ Jeffrey S. White*

The Hon. Jeffrey S. White
United States District Court Judge

938365/HN

COOLEY LLP
ATTORNEYS AT LAW
PALO ALTO

2.

JOINT STIP & [PROPOSED] ORDER
EXTENDING DATES
C-04-2201 JSW